# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01012-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

IT IS ORDERED setting Pretrial Conference on **January 25, 2017, at 10:30 a.m.** Defendant Joseph M. Arpaio is directed to be present for the hearing.

Dated this 6th day of January, 2017.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge