A. Melvin McDonald, Bar #002298
Linda K. Tivorsak, #024789
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7847
mmcdonald@jshfirm.com
Ltivorsak@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, and<br>Gerard Sheridan,<br><br>　　　　Defendant. | NO. 2:16-CR-01012-SRB<br><br>**DEFENDANT JOSEPH M. ARPAIO'S SUPPLEMENT TO REPLY TO THE GOVERNMENT'S RESPONSE IN SUPPORT OF DEFENDANT ARPAIO'S REQUEST FOR JURY TRIAL** |

COMES NOW Joseph Arpaio, by and through counsel undersigned, and respectfully supplements his response to the government's Motion for Supplemental Citation for his bench trial, and his reply to the government's Response for Arpaio's Request for a Jury Trial.  Neither the government nor the defense, in their pleadings, cited the following federal statute, which confers a statutory right to a jury trial in certain cases.

18 U.S.C.§ 3691 provides

> Whenever a contempt charged ***shall consist in willful disobedience of any*** lawful writ, process, ***order, rule, decree, or command of any district court of the United States*** by doing or omitting any act or thing in violation thereof, and ***the act or thing done or omitted also constitutes a criminal offense under any Act of Congress, or under the laws of any state in which it was done or omitted***, the accused, upon demand therefor, shall be entitled to trial by a jury, which shall conform as near as may be to the practice in other criminal cases.  (emp added)

5569874.1

Defendant believes that even if there is not a constitutional right to a jury trial given the government's declaration that defendant is charged only with a "petty offense", defendant believes that there is a statutory right to a jury trial under 18 U.S.C. §3691.

DATED this 25th day of January, 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
A. Melvin McDonald
Linda K. Tivorsak
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorney for Defendant*
*Joseph M. Arpaio*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25$^h$ day of January 2017, I electronically filed the foregoing filing with the Clerk of Court through the CM/ECF System which will send notification of such filing to the attorneys of record for the defendants.

/s/ Diana Weeks

5569874.1