**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

Phoenix Division

 **CR 16 /  01012  /  1  PHX SRB**         DATE: 1-25-17
Year    Case No.   Dft #

U.S. DISTRICT JUDGE: SUSAN R. BOLTON

USA v.   Arpaio, Joseph M.
         Last Name     First Name    Middle Initial
DEFENDANT: X Present

Deputy Clerk: Maureen Williams     Court Reporter Liz Lemke

U.S Attorney:   John Keller and Victor Salgado         Defense counsel:  Andrew McDonald, Jr.
                                                         _ AFPD   _ Appointed  X Retained
Interpreter:_       Language:_
===============================================================================
**PROCEEDINGS**:   X Open Court    _ SEALED

This is the time set for Pretrial Conference re: April 4, 2017, trial.  Argument held regarding Government's Request/Motion for Bench Trial [Doc. 61] and Defendant's Cross Motion Requesting Jury Trial [Doc. 62].  The Court will issue its ruling in a separate Order.

Trial date is discussed.  Government's counsel estimates the trial length is 3 to 4 days.  Status of Government's disclosure is discussed.

IT IS ORDERED directing Government's counsel to disclose to Defense counsel no later than **March 1, 2017,** its list of witnesses and exhibits for trial.  Defense counsel is directed to disclose Defendant's list of witnesses and exhibits for trial no later than **April 3, 2017.**

At the request of the parties, IT IS ORDERED continuing Trial from April 4, 2017, to **April 25, 2017, at 9:00 a.m.**  Any further request to continue the trial date will need detailed justification in light of the deadlines set this date.

Discussion held re: pretrial motions. The Court sets the motions deadline for **March 24, 2017.**   If the matter is proceeding by way of a bench trial, no motions in limine are to be filed.

The Court finds excludable delay under 18 U.S.C. §3161(h) from **April 5, 2017,** to **April 25, 2017.**

                                                            Hearing held 10:40 a.m. to 11:34 a.m.