IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 16-01012-1-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, | |
| Defendant. | |

The Court is in receipt of Defendant's Motion to Seal Amended Response [Doc. 77].

IT IS ORDERED denying Defendant's Motion. The motion states no factual or legal basis to seal Defendant's response. The Court should not have to read the lodged Response to try to discern what information is contained therein that might justify sealing. The factual and legal justification for sealing must be contained within the motion to seal. This order shall be filed on the public docket.

DATED this 3rd day of February, 2017.

_____
Susan R. Bolton
United States District Judge