Mark Goldman (012156)
**GOLDMAN & ZWILLINGER PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
Main:  (480) 626-8483
Facsimile:  (480) 502-7500
E-mail:  docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-01012-SRB-1 |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE TRIAL** |
| Joseph M. Arpaio, | |
| Defendant. | |

Pursuant to 18 U.S.C. 3161 (h)(7)(A), Defendant Joseph M. Arpaio ("Defendant" or "Mr. Arpaio") respectfully requests that the Court continue the trial currently scheduled to start on April 25, 2017, for at least sixty (60) days.  Trial has been previously continued twice: from December 6, 2016 to April 4, 2017, and from April 4, 2017 to April 25, 2017.  This extension is warranted as new counsel is representing Mr. Arpaio and needs additional time to adequately prepare and review the voluminous court record and thus provide effective assistance of counsel.  This Motion is supported by the Declarations of Mark D. Goldman ("Mr. Goldman"), and Carolyn Goldman (collectively, "The Goldmans") who is also a member of Goldman & Zwillinger PLLC.

Counsel for Defendant requests at least a sixty (60) day extension for the trial and all other pending deadlines accordingly. Counsel needs time to get up to speed in the case and be able to file any appropriate motions; especially given that the government has named Mr. Arpaio's former attorney, Timothy Casey, as a witness and consequently there exist issues of privilege that Defendant deserves the right to address.

The Supreme Court has held that "an element of this right is the right of a defendant, who does not require appointed counsel, to choose who will represent him." *United States v. Gonzalez-Lopez,* 548 U.S. 140, 144 (2006). The right to counsel of choice "commands, not that a trial be fair, but that a particular guarantee of fairness be provided – to wit, that the accused be defended by the counsel he believes to be best." *Id. at 146.*

The Goldmans have a scheduling conflict as their only son's Bar Mitzvah is being held on April 29, 2017. The Bar Mitzvah and all of the events surrounding it, were scheduled well over a year ago. The Goldmans have been intimately involved with the Bar Mitzvah planning and preparations. The Bar Mitzvah is the subject of many contracts, including the contract with the facility at which the Bar Mitzvah is being held, as well as contracts with various vendors, and arrangements with the Rabbi and musicians. Invitations have already been sent to the guests. Under the circumstances, the Bar Mitzvah that is scheduled on April 29, 2017 cannot be rescheduled. [See Ex. A and Ex. B, Declaration of Mark D. Goldman, ¶ 4 and Declaration of Carolyn Goldman, ¶ 4.] In addition, The Goldmans will be hosting several out-of-town guests, including family members and friends, who will start arriving on or about April 23, 2017. [*See* Ex. A and Ex. B, Declaration of Mark D. Goldman, ¶ 5 and Declaration of Carolyn

Goldman, ¶ 5.]

Based upon the Bar Mitzvah and the many responsibilities in connection with the out-of-town guests, it is logistically impossible for Mr. Goldman to attend to the guests and at the same time participate in these proceedings as they are currently scheduled. [*See* Ex. A, Declaration of Mark D. Goldman, ¶ 8.]

Furthermore, there is a criminal trial scheduled to commence on April 17, 2017, in Maricopa County Superior Court ("Superior Court Trial"), which is calendared as, at the least, a four (4) day trial. [*See* Ex. A, Declaration of Mark D. Goldman, ¶ 7.] Mr. Goldman is counsel of record for this matter. Based upon the Superior Court Trial, it is logistically impossible for Mr. Goldman to participate in that trial during the day and trial preparation at night during the week commencing on April 17, 2017, and at the same time prepare for this trial commencing on April 25, 2017. [*See* Ex. A, Declaration of Mark D. Goldman, ¶ 9.]

Defendant believes that Mr. Goldman adds invaluable support and assistance to his defense. The scheduled Bar Mitzvah, the Superior Court Trial, combined with the complexity of these proceedings, warrants the necessity of the sixty (60) day extension. In addition, this is a very complex case and the request for a sixty (60) day extension is relatively modest considering the voluminous documents, trial/hearing transcripts, depositions and witness statements Mr. Goldman must review in this short period of time.

//

//

**DATED** this 17th day of March, 2017.

**GOLDMAN & ZWILLINGER PLLC**

*/s/ Mark D. Goldman*
Mark D. Goldman
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March 2017, I electronically transmitted the foregoing Motion to the Clerk of Court through the CM/ECF System which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Dina D. Horsman*

# Exhibit A

# DECLARATION OF MARK D. GOLDMAN

Mark Goldman hereby states as follows:

1. I am an attorney and a member of the law firm of Goldman & Zwillinger PLLC.

2. Joseph M. Arpaio has engaged the law firm of Goldman & Zwillinger PLLC to represent him in Case No. 2:16-cr-01012-SRB-1 pending before this Court ("the Proceedings").

3. A Notice of Appearance has been filed in the Proceedings by me.

4. My only son's Bar Mitzvah is being held on April 29, 2017. The Bar Mitzvah was scheduled on April 29, 2017 well over a year ago. The Bar Mitzvah and its date of April 29, 2017 are the subject of many contracts, including the contract with the facility at which the Bar Mitzvah is being held, as well as contracts with various vendors, and arrangements with the Rabbi and musicians. Invitations have already been sent to the guests. Under the circumstances, the Bar Mitzvah currently scheduled on April 29, 2017 cannot be rescheduled.

5. In addition, our family is anticipating several out-of-town guests, including family members and friends, to start arriving on or about April 23, 2017.

6. I have been intimately involved with the Bar Mitzvah. I, along with my wife, attorney Carolyn Goldman who also is a member of Goldman & Zwillinger PLLC, will be hosting the out of town guests who begin arriving on April 23, 2017.

7. I have a criminal trial that commences on April 17, 2017 in Maricopa County Superior Court and should last at least four days.

8. Based upon the Bar Mitzvah and my responsibilities in connection with the out of town guests, it is logistically impossible for me to attend to the guests and at the same time participate in the Arpaio trial during the day and the Arpaio trial preparation at night.

9. Based upon the Maricopa Superior Court trial commencing on April 17, 2017, it is logistically impossible for me to participate in that trial during the day and trial preparation at night during the week commencing on April 17, 2017, and at the same time prepare for the Arpaio trial commencing on April 25, 2017.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

EXECUTED on March 17, 2017.

                                                          GOLDMAN & ZWILLINGER PLLC

                                 By:   */s/ Mark Goldman*
                                          Mark Goldman
                                          17851 North 85th Street, Suite 175
                                          Scottsdale, AZ  85255
                                          *Attorneys for Defendant Joseph M. Arpaio*

Exhibit B

# **DECLARATION OF CAROLYN GOLDMAN**

Carolyn Goldman hereby states as follows:

1. I am an attorney and a member of the law firm of Goldman & Zwillinger PLLC.

2. Joseph M. Arpaio has engaged the law firm of Goldman & Zwillinger PLLC to represent him in Case No. 2:16-cr-01012-SRB-1 pending before this Court ("the Proceedings").

3. A Notice of Appearance is being filed contemporaneously in the Proceedings by Mark D. Goldman, also an attorney and a member of the law firm of Goldman & Zwillinger PLLC, and my husband.

4. Our son's Bar Mitzvah is being held on April 29, 2017. The Bar Mitzvah has been scheduled for over a year, and the date of April 29, 2017 is the subject of various contracts, including the contract with the facility at which the Bar Mitzvah is being held, as well as contracts with various vendors, and arrangements with the Rabbi and musicians. Invitations have already been sent to the guests. Under the circumstances, the Bar Mitzvah currently scheduled on April 29, 2017 cannot be rescheduled.

5. In addition, our family is anticipating several out-of-town family members and guests to start arriving on or about April 23, 2017.

1

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

EXECUTED on March 17, 2017.

                                        GOLDMAN & ZWILLINGER PLLC

By:   */s/ Carolyn Goldman*
       Carolyn Goldman
       17851 North 85th Street, Suite 175
 &nbsn;     Scottsdale, AZ  85255
       *Attorneys for Defendant Joseph M. Arpaio*