# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01012-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

The Court is in receipt of Defendant Joseph M. Arpaio's Motion to Continue Trial [Doc. 86]. The Government filed its response at Doc. 87.

IT IS ORDERED directing Defense counsel to file a reply no later than **Noon, March 23, 2017.**

IT IS FURTHER ORDERED denying Defendant's request to extend the pretrial motions deadline and disclosure of Defendant's witness and exhibit lists contained within the motion to continue trial.

Dated this 20th day of March, 2017.

_____
Susan R. Bolton
United States District Judge