Mark Goldman (012156)
**GOLDMAN & ZWILLINGER PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
Main:  (480) 626-8483
Facsimile:  (480) 502-7500
E-mail:  docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.:  2:16-cr-01012-SRB-1 |
| Plaintiff, | |
| v. | **REPLY IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL** |
| Joseph M. Arpaio, | |
| Defendant. | |

Defendant Joseph M. Arpaio ("Defendant" or "Mr. Arpaio") replies in support of Defendant's Motion to Continue Trial as follows.

Defendant Joseph M. Arpaio ("Defendant" or "Mr. Arpaio") should have his request for a continuation of the trial granted for the following reasons: his counsel needs additional time to adequately prepare and review the voluminous court record and thus provide effective assistance of counsel, the Government has continued to share a large number of documents long after the March 1, 2017 deadline, his counsel must be afforded the right to assess the possible legal ramifications of Mr. Arpaio's former attorney testifying in this matter, and because there are conflicts with the current trial dates that would hamper the effective

assistance of counsel constitutionally afforded to Mr. Arpaio. For these reasons, and pursuant to 18 U.S.C. 3161 (h)(7)(A), Mr. Arpaio's request for at least a sixty (60) day continuance should be granted.

First and foremost, it is ironic that the Government opposes this *bona fide* and meritorious request for a continuance when the Government recently requested and received a change of the trial date because of an NCAA final basketball game.  Additionally, there exist no person or entity who will be prejudiced by this continuance, while a denial of this continuance will prejudice Mr. Arpaio right to effective assistance of counsel.

As evidenced by the Government's *Response in Opposition to Defendant's Motion to Continue Trial* ("Response"), and more particularly the two attachments to the Response, the record in this matter is vast, both in the amount of documentation and prospective witnesses. Making matters more difficult, as of the receipt of the March 1, 2017 email attached to the Response, there was still a considerable amount of uncertainty from the Government regarding which and how many witnesses they intend to call. In that email, the Government listed nineteen (19) names of possible witnesses with a statement that they will "likely call only 10-15 of the witnesses." Missing from the communications are any determinations regarding which of the 19 witnesses will be called, leaving counsel for defense no choice but to fully prepare for all 19 witnesses listed, which is a time consuming affair in and of itself that warrants an extension. The possibility that former counsel for Mr. Arpaio will appear as a witness in this matter exacerbates these issues. There are legitimate concerns regarding privileged information that may be shared, and Mr. Arpaio's current counsel should be given the time to review so that

they can make a proper determination on strategy and approach to this witness.

Additionally, the considerable amount of documentation and document evidence involved in this matter is also displayed in the Response. Clearly, the Court recognized these issues as the pretrial conference transcript attached to the Response demonstrates. In the transcript, Mr. McDonald discusses the daunting task of reviewing up to 125,000 documents with the Court. As a result of the large number of documents, the Court ordered the Government to provide their list of witnesses and exhibits for trial to defense counsel by Wednesday, March 1, 2017. ***Despite this order, the Government did not provide all of the exhibits and document productions timely.*** Instead, the Government continued to send over thirteen thousand documents weeks after March 1, 2017. The Government also produced hundreds of gigabytes of video evidence as late as March 21, 2017. Due to the size of these files, over 210 gigabytes worth of data, it was impossible to share the mass of information with Mr. Goldman upon their receipt; greatly disadvantaging the Defendant because the documents could not be reviewed. *See* March 21, 2017 Email from Diana Weeks to Mr. McDonald, attached hereto as Exhibit A, *See also* March 22, 2017 Email Communications between Holly McGee and Diana Weeks, attached hereto as Exhibit B. Understanding that Mr. Arpaio has the right to choose the counsel he wishes to represent him and the fact that the documents and evidence the Court ordered to be provided by March 1, 2017 were so delayed, the request for new counsel to have the time to review all of these documents and files and make a proper determination regarding the necessity to object or file any motions to exclude portions of the production, is justifiable and does comport with the purpose of 18 U.S.C. 3161.

Despite the Government's inferences, it is neither Mr. McDonald nor Mr. Goldman's ultimate decision on who Mr. Arpaio retains as his counsel. That decision rests solely with Mr. Arpaio, as it is his right to determine who he feels will best represent him. What is clear from the attachments to the Response is that Mr. McDonald indicated that "I'm in the process of trying to bring on additional counsel" in the pretrial conference.  As of March 16, 2017, Mr. Goldman was not retained to make an appearance in this case nor had he made a decision to make an appearance in this case.  See Declaration of Mark Goldman.  Therefore, it is incumbent on the Court to make a determination based on the facts that are irrefutable. Those facts are that Mr. McDonald has never wavered from his position that assistance was being sought due to the difficulties he faced in this voluminous matter, and that Mr. Goldman became a part of this matter when his Notice of Appearance was filed, not when Mr. McDonald stated that he anticipated Mr. Goldman would associate on the matter. That association took place on March 17, not March 1 or any time before that.

As a direct result of these facts, Mr. Arpaio deserves the right to have his decision on the inclusion of new counsel honored, while he retains his right to an effective and prepared defense.   As to any representation in the emails attached to the response, it is not a representation of Mr. Goldman.  Mr. Goldman states unequivocally in his attached declaration that for a variety of very serious and important reasons unrelated to any so-called maneuvering whatsoever, Mr. Goldman had not decided to and was not able to make an appearance in this case until March 17, 2017.  The government makes such a suggestion and implication that there was some maneuvering by Mr. Goldman and Mel McDonald.   Such suggestions and

4

implications are unfounded, baseless and an unwarranted derogatory comment.

Furthermore, Mr. Goldman's conflict, his only son's Bar Mitzvah on September 29, 2017 is **not** a "personal and social obligation on a weekend" as dismissively and wrongly described by the government.  The attached declarations and statements of four well respected Arizona Rabbis who are very familiar with the Goldman family state the same.  These Rabbis accurately describe the Bar Mitzvah, and the relationship of the Bar Mitzvah to the Goldman family including Mr. Goldman.

As the respected Rabbi Mendy Lipskier avows:

"I have reviewed the Government's brief, especially where the Government states:

'Mr. Goldman's long-established personal and social obligations on a weekend provide no basis for a continuance, and the Court should reject this last minute maneuver.'

Nothing could be farther from the truth.  **The above false statement, dismissing a Bar Mitzvah as a social event, made by the Government is either made from total ignorance of Jewish tradition of culture and religion, or it is made from a contempt for the Jewish people and religion.  I hope that it is the former rather than the latter.  Contrary to being a "personal or social obligation," a Bar Mitzvah is one of the most important Jewish religious observations and rituals in a Jewish household.  It is not a personal obligation.  It is not a social obligation.  It is an obligation to God and consequently there could be no higher obligation of a family." (**emphasis added.) *See* Declaration of Rabbi Lipskier, attached hereto as Exhibit C.

5

As the Rabbi Lipskier states, the Mr. Goldman's son's Bar Mitzvah is an obligation to God, not "a personal and social obligation" as described by the Government.

The other three Rabbis have opined likewise.

Rabbi Mendy Lipskier further avows in part:

"I am very familiar with the Goldman family. The Goldman family has generously supported our organization both financially and personally. The Goldman family is very philanthropic. The Goldmans are pious and devout Jews. They have always stressed the importance of their faith and heritage with their children, who are proficient in reading the Torah. Our Chabad has celebrated numerous Jewish holidays with the Goldman family. The Bar Mitzvah is one of the focal points in life for a Jewish family. A Bar Mitzvah ceremony and celebration is organized by God's commandment to celebrate purpose in life. During this time, parents are responsible not only for the child, but also for the family members, guests and all others who will be part of the celebration of child's Bar Mitzvah. The Parents involvement in the Bar Mitzvah and its surrounding events is important and crucial because the child is considered a reflection of their parents' teachings and, as such, their actions are essential to the Bar Mitzvah as one of the most important events in a Jewish household. Bar Mitzvahs have a long-lasting meaning to family, relatives and friends. The event requires a great deal of time, commitment and preparation on the part of the child but mainly the parents who have the burden of making sure the Bar Mitzvah is a clear indication of how hard the child and family have worked to connect with the community, and affirm their sense of belonging to the Jewish community. The Bar Mitzvah is a family

celebration.  It is an opportunity for family learning and it is important that family members participate in numerous family education programs in preparation for this event during the weeks prior to the day of the celebration."  Declaration of Rabbi Lipskier.

The respected Rabbi Kahn, the head Rabbi of Congregation Beth Israel states:

My name is Rabbi Stephen Kahn and I am the Senior Rabbi of Congregation Beth Israel ("CBI") in Scottsdale, Arizona.  I have had the pleasure of knowing Mark, Carolyn, Liam and Grace Goldman since my arrival at CBI in 2003 and they have been loyal members since 2000. I am always delighted to see their son Liam almost every Saturday morning for Sabbath Services especially as he prepares to become a Bar Mitzvah (Jewish rite of passage for boys and girls turning 13 years old) on April 29, 2017.

It has come to my attention that Mark will represent a defendant in a criminal case which is scheduled to begin trial on Tuesday, April 25, 2017, (only four days before his son's Bar Mitzvah). It is my understanding that Mark requested a continuance of the case, but that his requested has been opposed by the government attorneys and this issue is pending before the court.

I would respectfully ask the court to consider in its decision in the context of this incredibly important Jewish rite of passage. A Bar Mitzvah is not simply a single day "event," but, rather, part of a sacred gathering of family, community and the Jewish People.  To be sure, the celebration of any Bar or Bat Mitzvah extends well beyond the religious Service on Sabbath morning. The week before any Bar Mitzvah is exceptionally meaningful for family members especially the mother and father of the young man who has spent well over one year in preparation. It is typical for parents to work closely with their child in their final preparations and "rehearsals" for the Sabbath morning Service and for observant Jews like the Goldman's to host family and friends in the days before for festive meals and celebrations. Furthermore, like many families in the Valley of the Sun, the Goldman's will have their closest immediate relatives traveling from throughout the country to share in celebratory meals and gatherings ahead of the Bar Mitzvah itself.

Thus, I would imagine that the idea of preparing to begin a court trial just days before his son's Jewish ritual of a Bar Mitzvah would cause Mark to have the dilemma of choosing between his tremendous family obligations as described above or his obligation to his client. No one should be faced with such an unnecessary dilemma.

Again, I would respectfully ask the court to reconsider the continuance given the larger context of this very meaningful event for the Goldman family and our Jewish community. If

you have any questions please do not hesitate to contact me at any time. *See* Declaration of Rabbi Kahn, attached hereto as Exhibit F.

The respected Rabbi Sadie Reuben avows:

I am Rabbi Sadie E. Reuben, and was ordained, at Hebrew Union College-Jewish Institute of Religion, in May, 2009.  As part of my responsibilities, I have been preparing my student, Liam Goldman, for his Bar Mitzvah for at least the last year.  A Bar Mitzvah ("Son of Commandment") is celebrated when a boy reaches thirteen years of age.  However, it should be noted that it is scheduled according to the Hebrew calendar (lunar) and not the secular calendar (solar).  It is also important to note that the date of the celebration is based on the young man's Hebrew birth date and cannot be changed.  Accordingly, the Bar Mitzvah date was actually determined when Liam was born.

A Bar Mitzvah is a major lifecycle event for every Jewish young man and his family.  It publicly marks the change of a child into an adult in Jewish life.  A Bar Mitzvah is not a social event, but a religious obligation.  When becoming a Bar Mitzvah the boy becomes responsible in part for religious services and he can be counted in a minyan (a religious quorum).  Moreover, he can enter into binding ecclesiastical contracts and can testify before religious courts.  Last but not least, he is considered responsible for his own sins.

The history of the Bar Mitzvah dates back to a fifth-century rabbinic text that references a blessing recited by the father thanking God for freeing him from responsibility for the deeds of his child, who is now accountable for his own actions.  In modernity, the Bar Mitzvah ceremony has evolved into a major event for the child which includes his parents, family, friends and the entire Jewish community.  It is a celebration of an extremely important lifecycle event which includes services and other festivities.

As previously stated, Liam Goldman has been preparing for his Bar Mitzvah for over a year.  Liam has worked extremely hard every day to learn to read Hebrew and recite prayers and learn his Torah and Haftarah portions for this special life moment.  This is no easy task, and Liam, with the help of his parents, has worked tirelessly.  While the most important aspect of the Bar Mitzvah is the service that Liam will lead on April 29th, the celebration is a weeklong event.  The Goldman's have family and friends coming to Phoenix from out of town to share this special time with them.  As dedicated and devout Jews, they also will celebrate the Sabbath with family and friends the Friday night before the service and will continue the celebration throughout the weekend, as there will be a major reception following the ceremony.  Therefore, it should be apparent that all these events have required months of planning.  Any other major demands on the family during this period of observances and rituals for the Bar Mitzvah would be disruptive and unfair.

I have known the Goldman family for quite some time and have seen their devotion to Judaism first hand, as I had the honor of officiating at their older daughter's Bat Mitzvah this past year.  They are members of a Jewish congregation, celebrate Jewish holidays as a family and have made it a priority to teach their children about their heritage.

It is my hope that this declaration has helped explain the importance that Liam's Bar Mitzvah means to the child and his family.  It would be devastating if any intervening event would spoil their celebration.  *See* Declaration of Rabbi Reuben, attached hereto as Exhibit D.

The respected Rabbi Mendy Deitsch avows:

My family and I are Chabad emissaries in Chandler, Arizona.  I am the head Rabbi at the Chabad of the East Valley.  The position I hold at the Chabad allows me to interact with the different Chabad members from all walks of life.  I am a leader in the Jewish community and over the years, I have organized events, led prayers, Bat and Bar Mitzvah ceremonies and been a fellow friend and Rabbi to the members of the Chabad. As a man of God, a teacher of the Torah and a Jewish community leader, I stress on the importance of the Bar and Mitzvah. The Bar mitzvah is initiation ceremony of Jewish Boys and directly translates to 'Son of the Commandment.' The Bar Mitzvah is an obligation and an important event in the lives of Jewish families.  The parents are the ones responsible for all their children's actions before the ceremony, but after this ceremony, the child starts to bear their own responsibility and are able to participate in all areas of the Jewish Community. This is an important event and helps children transition into adulthood, it encourages creative thinking and engagement, charity and kindness.  It creates a Jewish identity and promotes self-esteem.  As important as this ceremony is for the child, it is more important for the family since the decisions their children make, the Mitzvah programs they adopt, all reflect upon their efforts and involvement as parents. Parents have the responsibility of assisting their children prior to the Bar Mitzvah with a Mitzvah project which includes volunteer work or community service. This program requires time and dedication from the parents, as they are involved in assisting their children in making important decisions regarding the area of community service and volunteer programs. The ceremony is long and detailed, friends, families and peers are encouraged to chant from the Torah. Parents are obligated to read scriptures from the Torah and give speeches and sometimes read poems or special scriptures.  All of this requires time, practice and dedication. Prior to, and through this event, it is also the responsibility of the parents to cultivate loving connections with their children, friends and community members to strengthen their heritage and create togetherness. While the Bar Mitzvah is an integral part of a Jewish family's life, it is important to know that it is only possible to execute when family members dedicate time and passion in executing this event.  Preparing for the Bar or Mitzvah can take months, especially the weeks prior to the Bar Mitzvah when

parents partake in intimate family dinners, host other family members arriving from out of town and rehearse for their respective speeches and Torah recitals.

Over the past 12 years I have become very familiar with Mark and Carolyn Goldman, as well as their children. I can affirm from personal interactions, and experiences over the years with the Goldman's, that they take extreme pride in their Jewish heritage.  They are extremely devout and involved members of the Jewish community and Chabad.  A Bar Mitzvah is an experience that bring families together and allows others in the Jewish community to partake in a beautiful and insightful ceremony that solidifies their place in the Jewish community and among their peers. A Bar Mitzvah is not a personal or social obligation.  A Bar Mitzvah is a Jewish religious obligation.  *See* Declaration of Rabbi Mendy Deitsch, attached hereto as Exhibit E.

The Goldmans' only son's Bar Mitzvah is a once in a lifetime event for the Goldman family and all of the family and friends involved. As described above by the Rabbis, the Bar Mitzvah stretches far beyond a single day's event, and includes a lifetime of education and preparation, not just the scheduling of a party. Furthermore, and conspicuously absent from Government's Response, the criminal trial scheduled to commence on April 17, 2017, in Maricopa County Superior Court ("Superior Court Trial"), which Mr. Goldman is counsel of record for, directly conflicts with the preparation for this matter. This conflict will have a adverse effect on the effective assistance of counsel that Mr. Arpaio deserves.

Finally, the Government has not presented any facts or arguments showing that a continuation will cause harm to anyone, including the public. These are determining factors when deciding on a motion such as this. Due to the fact that there is no harm to anyone if a continuance is granted, that the Government failed to timely produce the documents by the deadline of March 1, 2017, but more importantly because Mr. Arpaio's right to effective counsel will be harmed in the absence of the requested continuance, the Court should grant

1  Defendant's request to give his counsel the needed time to prepare for trial.

2

3
4       **DATED** this 23rd day of March, 2017.

5                                    **GOLDMAN & ZWILLINGER PLLC**

6

7                                    */s/ Mark D. Goldman*
8                                    Mark D. Goldman
                                     17851 North 85th Street, Suite 175
9                                    Scottsdale, AZ  85255
10                                   *Attorneys for Defendant Joseph M. Arpaio*

11

12

13

14

15

16

17                          **CERTIFICATE OF SERVICE**

18          I hereby certify that on this 23rd day of March 2017, I electronically transmitted the
19  foregoing Reply to the Clerk of Court through the CM/ECF System which will send a Notice of
    Electronic Filing to all CM/ECF registrants for this matter.
20

21
    */s/ Dina D. Horsman*
22

23

24

25

26

27

28

---------- Forwarded message ----------
From: **Diana Weeks** <Dweeks@jshfirm.com>
Date: Tue, Mar 21, 2017 at 4:04 PM
Subject: Arpaio-Houston, we have a problem
To: Mel McDonald <melmcdonald2@gmail.com>, Holly Wilkinson <HWilkinson@jshfirm.com>

The entirety of DOJ Productions 7 and 8 are TOO BIG to download onto
ShareFile.  I am going to ask office services to give me a hard drive to
load them on.  Meanwhile, Holly is going to look at the thumbdrive to see
if anything is duplicative.

**DIANA G. WEEKS** | Legal Assistant to A. Melvin McDonald, Michael A. Ludwig, and Gianni Pattas
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, Arizona 85004
**P** 602.263.1747 | **F** 602.200.7847
**website** | **vCard** | **map** | **email**

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---------- Forwarded message ----------
From: **Mel McDonald** <melmcdonald2@gmail.com>
Date: Wed, Mar 22, 2017 at 5:47 PM
Subject: Fwd: Arpaio Criminal Matter - Gov't Production 8
To: Mark Goldman <mgoldman@gzlawoffice.com>


---------- Forwarded message ----------
From: **Holly McGee** <HMcGee@jshfirm.com>
Date: Wed, Mar 22, 2017 at 3:04 PM
Subject: RE: Arpaio Criminal Matter - Gov't Production 8
To: Diana Weeks <Dweeks@jshfirm.com>, Mel McDonald <melmcdonald2@gmail.com>, MEL McDONALD <MMcDonald@jshfirm.com>
Cc: JOE POPOLIZIO <Jpopolizio@jshfirm.com>, JOHN MASTERSON <JMasterson@jshfirm.com>, Justin Ackerman <JAckerman@jshfirm.com>, Julie Wanner <JWanner@jshfirm.com>


Production 7 is 163 GB, and I haven't gotten through it all yet.  There is new videos, press releases and briefs produced by the County that may be duplicates but I can't tell yet without doing a document by document comparison.  There is also audio files of Vogel interviews.


Mel, as for you question about how many viewing hours the video depositions are, I have no clue.  These depositions are various contempt depositions, so it is however long each deponent testified.  I can take the time to look at each separate segment to determine the total length of time for each segment and then add them together to get the total length of time for each of the depositions.  HOWEVER, if I take the time to do this, that takes me away from being able to continue going through documents.


I am on a very tight time table to help with this.  I start trial with Bill Holm on Monday, and I haven't done anything to prepare for that trial yet.


**HOLLY A. MCGEE** | Litigation Technology Coordinator / Paralegal
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, Arizona 85004
**P** 602.263.4420 | **F** 602.651.7552

**website** | **vCard** | **map** | **email** | **facebook** | **twitter**

---

**From:** Diana Weeks
**Sent:** Wednesday, March 22, 2017 2:54 PM
**To:** Holly McGee; 'Mel McDonald'; MEL McDONALD
**Cc:** JOE POPOLIZIO; JOHN MASTERSON; Justin Ackerman; Julie Wanner
**Subject:** RE: Arpaio Criminal Matter - Gov't Production 8


Holly, can you also tell Mel how many GB was on Production 7 total?

---

**From:** Holly McGee
**Sent:** Wednesday, March 22, 2017 2:46 PM

**To:** 'Mel McDonald'; MEL McDONALD
**Cc:** JOE POPOLIZIO; JOHN MASTERSON; Justin Ackerman; Julie Wanner; Diana Weeks
**Subject:** Arpaio Criminal Matter - Gov't Production 8
**Importance:** High

The Gov't produced 51.5 GB of video depositions in Production 8.  They already produced all of the transcripts for each of these videos, which have been parsed out to the appropriate witness folders in ShareFile.

Is there any need to upload the videos?  I think it will just clutter things up even more.

Please let me know because it will take a long time to upload all of these videos.

**HOLLY A. MCGEE** | Litigation Technology Coordinator / Paralegal
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, Arizona 85004
**P** 602.263.4420 | **F** 602.651.7552

**website** | **vCard** | **map** | **email** | **facebook** | **twitter**

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

--
*Please note our new office address.*
**Jeff S. Surdakowski**
Goldman & Zwillinger PLLC
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Main: 480-626-8483
Fax: 480-452-1693
JSurdakowski@gzlawoffice.com

This electronic mail contains information from the Goldman & Zwillinger Law Firm that may be confidential and privileged. The information contained in this message is solely for the intended recipient(s). If you are not the intended recipient, or the person responsible for delivering the information contained within this electronic mail to the intended recipient, you are advised that you have received this message in error, and that any disclosure, copying, distribution, or use of this message, and its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480-626-8483 or by electronic mail at JSurdakowski@GZLawoffice.com.

## DECLARATION OF RABBI MENDY LIPSKIER

I Rabbi Mendy Lipskier, state:

1. I am over the age of 18 years and reside in Fountain Hills, Arizona.

2. I have personal knowledge of the facts contained in this declaration.

3. I am the head Rabbi at the Chabad Lubavitch of Fountain Hills, and as one of the key practices of my Orthodox Jewish faith, I educate my peers on the importance of Jewish culture, tradition, heritage and holidays.

4. I am a teacher of Holy Scriptures, revered Kabbalistic texts, and respected rabbinic teachings which include the teachings of the importance of the day of Mitzvah.

5. Bar Mitzvah is a Babylonian Aramaic word which means – Son of Commandment.

6. I am very familiar with the Goldman family.  The Goldman family has generously supported our organization both financially and personally.

7. The Goldman family is very philanthropic.

8. The Goldmans are pious and devout Jews.

9. They have always stressed the importance of their faith and heritage with their children, who are proficient in reading the Torah.

10. Our Chabad has celebrated numerous Jewish holidays with the Goldman family.

11. The Bar Mitzvah is one of the focal points in life for a Jewish family.

12. I have reviewed the Government's brief, especially where the Government states:

"Mr. Goldman's long-established personal and social obligations on a weekend provide no basis for a continuance, and the Court should reject this last minute maneuver."

13. Nothing could be farther from the truth.

14. The above false statement, dismissing a Bar Mitzvah as a social event, made by the Government is either made from total ignorance of Jewish tradition of culture and religion, or it is made from a contempt for the Jewish people and religion. I hope that it is the former rather than the latter.

15. Contrary to being a "personal or social obligation," a Bar Mitzvah is one of the most important Jewish religious observations and rituals in a Jewish household. It is not a personal obligation. It is not a social obligation. It is an obligation to God and consequently there could be no higher obligation of a family.

16. A Bar Mitzvah ceremony and celebration is organized by God's commandment to celebrate purpose in life. During this time, parents are responsible not only for the child, but also for the family members, guests and all others who will be part of the celebration of child's Bar Mitzvah.

17. The Parents involvement in the Bar Mitzvah and its surrounding events is important and crucial because the child is considered a reflection of their parents' teachings and, as such, their actions are essential to the Bar Mitzvah as one of the most important events in a Jewish household.

18. Bar Mitzvahs have a long-lasting meaning to family, relatives and friends. The event requires a great deal of time, commitment and preparation on the part of the child

but mainly the parents who have the burden of making sure the Bar Mitzvah is a clear indication of how hard the child and family have worked to connect with the community, and affirm their sense of belonging to the Jewish community.

19. The Bar Mitzvah is a family celebration.  It is an opportunity for family learning and it is important that family members participate in numerous family education programs in preparation for this event during the weeks prior to the day of the celebration.

20. One of the most important aspects of the Bar or Bat Mitzvah is the Mitzvah Project which includes but is not limited to a Volunteer Project that the child must dedicate themselves to.

21. Parents are required and must be responsible for assisting in selecting a Volunteer program or project that a child wants to be a part of.  Parents are also responsible and required to assist with the logistics of the projects.

22. Projects such as these require parent involvement, attention and time far beyond the significant part the parents play on the actual day of the event.

23. In preparation for Torah recital, both the child and the parents must read through the entire Torah while the parents are asked to recite part of the scripture during the Bar Mitzvah ceremony.  This recital takes time as both parents and the child must prepare for a critical and elaborate explanation of their respective texts that they will be reciting, as the family is expected to chant from the Torah.

24. The week prior to the day of the Bar Mitzvah, family members arrive and it is the duty of the family of the child to attend to and be responsible for all guests and family members.

25. It is also necessary that during that week, parents and family members rehearse several times in preparation for the ceremony and event.  This includes prayers and blessings, chanting of the Torah and reading all speeches.

26. I wish to convey that I have known the Goldman's for 10 years, during which time they have also been a very important part of our Chabad/Temple.

27. They have also always stressed the importance of their faith and heritage with their children, who are proficient in reading the Torah.

28. In my experiences and time spent with the Goldman's, it is evident to me that they are extremely involved parents who have always indicated to their children the importance of understanding what it means to be Jewish and how to prepare for a meaningful and fulfilling Jewish life.

29. A Bar Mitzvah, as well as the weeks leading up to it, is not only a once in a life time experience, but also an important spiritual experience for both the child and parents. I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.


Date:  March 23, 2017


Rabbi Mendy Lipskier

## DECLARATION OF RABBI SADIE E. REUBEN

RABBI SADIE REUBEN hereby states as follows:

# Rabbi Sadie Reuben

4848 N. Goldwater Blvd., #4050, Scottsdale, AZ 85251 • 602-881-5455 • sadiereuben@gmail.com

March 22, 2017

I am Rabbi Sadie E. Reuben, and was ordained, at Hebrew Union College-Jewish Institute of Religion, in May, 2009.  As part of my responsibilities, I have been preparing my student, Liam Goldman, for his Bar Mitzvah for at least the last year.  A Bar Mitzvah ("Son of Commandment") is celebrated when a boy reaches thirteen years of age.  However, it should be noted that it is scheduled according to the Hebrew calendar (lunar) and not the secular calendar (solar).  It is also important to note that the date of the celebration is based on the young man's Hebrew birth date and cannot be changed.  Accordingly, the Bar Mitzvah date was actually determined when Liam was born.

A Bar Mitzvah is a major lifecycle event for every Jewish young man and his family.  It publicly marks the change of a child into an adult in Jewish life.  A Bar Mitzvah is not a social event, but a religious obligation.  When becoming a Bar Mitzvah the boy becomes responsible in part for religious services and he can be counted in a minyan (a religious quorum).  Moreover, he can enter into binding ecclesiastical contracts and can testify before religious courts.  Last but not least, he is considered responsible for his own sins.

The history of the Bar Mitzvah dates back to a fifth-century rabbinic text that references a blessing recited by the father thanking God for freeing him from responsibility for the deeds of his child, who is now accountable for his own actions.  In modernity, the Bar Mitzvah ceremony has evolved into a major event for the child which includes his parents, family, friends and the entire Jewish community.  It is a celebration of an extremely important lifecycle event which includes services and other festivities.

As previously stated, Liam Goldman has been preparing for his Bar Mitzvah for over a year.  Liam has worked extremely hard every day to learn to read Hebrew and recite prayers and learn his Torah and Haftarah portions for this special life moment.  This is no easy task, and Liam, with the help of his parents, has worked tirelessly.  While the most important aspect of the Bar Mitzvah is the service that Liam will lead on April 29th, the celebration is a weeklong event.  The Goldman's have family and friends coming to Phoenix from out of town to share this special

time with them.  As dedicated and devout Jews, they also will celebrate the Sabbath with family and friends the Friday night before the service and will continue the celebration throughout the weekend, as there will be a major reception following the ceremony.  Therefore, it should be apparent that all these events have required months of planning.  Any other major demands on the family during this period of observances and rituals for the Bar Mitzvah would be disruptive and unfair.

I have known the Goldman family for quite some time and have seen their devotion to Judaism first hand, as I had the honor of officiating at their daughter's Bat Mitzvah this past year.  They are members of a Jewish congregation, celebrate Jewish holidays as a family and have made it a priority to teach their children about their heritage.

It is my hope that this declaration has helped explain the importance that Liam's Bar Mitzvah means to the child and his family.  It would be devastating if any intervening event would spoil their celebration.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

EXECUTED on March 22, 2017.

*Rabbi Sadie E. Reuben*

RABBI SADIE E. REUBEN

## DECLARATION OF RABBI MENDY DEITSCH

I, Rabbi Mendy Deitsch, hereby declare that I am of legal age and competent to state the following facts according to my direct and personal knowledge.

My family and I are Chabad emissaries in Chandler, Arizona. I am the head Rabbi at the Chabad of the East Valley.

The position I hold at the Chabad allows me to interact with the different Chabad members from all walks of life.

I am a leader in the Jewish community and over the years, I have organized events, led prayers, Bar Mitzvah ceremonies and been a fellow friend and Rabbi to the members of the Chabad.

As a man of God, a teacher of the Torah and a Jewish community leader, I stress on the importance of the Bar Mitzvah.

The Bar Mitzvah is initiation ceremony of Jewish Boys and directly translates to 'Son of the Commandment.'

The Bar Mitzvah is an obligation and an important event in the lives of Jewish families. The parents are the ones responsible for all their children's actions before the ceremony, but after this ceremony, the child starts to bear their own responsibility and are able to participate in all areas of the Jewish Community. This is an important event and helps children transition into adulthood, it

encourages creative thinking and engagement, charity and kindness. It creates a Jewish identity and promotes self-esteem.

As important as this ceremony is for the child, it is more important for the family since the decisions their children make, the Mitzvah programs they adopt, all reflect upon their efforts and involvement as parents.

Parents have the responsibility of assisting their children prior to the Bar Mitzvah with a Mitzvah project which includes volunteer work or community service.

This program requires time and dedication from the parents, as they are involved in assisting their children in making important decisions regarding the area of community service and volunteer programs.

The ceremony is long and detailed, friends, families and peers are encouraged to chant from the Torah. Parents are obligated to read scriptures from the Torah and give speeches and sometimes read poems or special scriptures. All of this requires time, practice and dedication.

Prior to, and through this event, it is also the responsibility of the parents to cultivate loving connections with their children, friends and community members to strengthen their heritage and create togetherness.

While the Bar Mitzvah is an integral part of a Jewish family's life, it is important to know that it is only possible to execute when family members dedicate time and passion in executing this event.

Preparing for the Bar Mitzvah can take months, especially the weeks prior to the Bar Mitzvah when parents partake in intimate family dinners, host other family members arriving from out of town and rehearse for their respective speeches and Torah recitals.

Over the past 12 years I have become very familiar with Mark and Carolyn Goldman, as well as their children.

I can affirm from personal interactions, and experiences over the years with the Goldman's, that they take extreme pride in their Jewish heritage.  They are extremely devout and involved members of the Jewish community and Chabad.

A Bar Mitzvah is an experience that bring families together and allows others in the Jewish community to partake in a beautiful and insightful ceremony that solidifies their place in the Jewish community and among their peers.

A Bar Mitzvah is not a personal or social obligation.  A Bar Mitzvah is a Jewish religious obligation.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.    Date: March 23, 2017        Rabbi Mendy Deitsch



# CONGREGATION BETH ISRAEL

**Stephen I Kahn**
*Senior Rabbi*

**Rony S. Keller**
*Associate Rabbi*

**Terry R. Taubman**
*Executive Director Emeritus*

**Board of Directors**
Gail Baer, *President*
Jacki Cohen, *Vice President*
Robin Roeder, *Treasurer*
James Levy, *Secretary*

Jay Stein
*Immediate Past President*

Steve Bressler
Wendy Carriere
Laura Drachler
Jennifer Garber
Benjamin Harris
Julie Hymovitch
Jessica Langbaum
Alan Roga
Carol Seidberg
Sheri Sender

*Honorary Life Board Members*
Fran Frazin
Stephen J. Haberkorn
Sol Moretsky
Carol Reynolds
Sheldon Roth

Stacy Rosenthal
*Religious School Director*

Ari Moffitt
*Chanen Preschool Director*

Brian Mitchell
*Camp Daisy & Harry Stein Director*

Maryn Gordon
*Camp Daisy & Harry Stein Assistant Director*

Jessielyn Kreitzer
*Youth Engagement Director*

Carol Reynolds
*Museum & Library Director*

Jackie Huber
*Music Director*

Caroline Carriere
Annie Rosenthal
*BITY Co-Presidents*

March 22, 2017

Dear Sir/Madam:

My name is Rabbi Stephen Kahn and I am the Senior Rabbi of Congregation Beth Israel ("CBI") in Scottsdale, Arizona. I have had the pleasure of knowing Mark, Carolyn, Liam and Grace Goldman since my arrival at CBI in 2003 and they have been loyal members since 2000. I am always delighted to see their son Liam almost every Saturday morning for Sabbath Services especially as he prepares to become a Bar Mitzvah (Jewish rite of passage for boys and girls turning 13 years old) on April 29, 2017.

It has come to my attention that Mark will represent a defendant in a criminal case which is scheduled to begin trial on Tuesday, April 25, 2017, (only four days before his son's Bar Mitzvah). It is my understanding that Mark requested a continuance of the case, but that his requested has been opposed by the government attorneys and this issue is pending before the court.

I would respectfully ask the court to consider in its decision in the context of this incredibly important Jewish rite of passage. A Bar Mitzvah is not simply a single day "event," but, rather, part of a sacred gathering of family, community and the Jewish People. To be sure, the celebration of any Bar or Bat Mitzvah extends well beyond the religious Service on Sabbath morning. The week before any Bar Mitzvah is exceptionally meaningful for family members especially the mother and father of the young man who has spent well over one year in preparation. It is typical for parents to work closely with their child in their final preparations and "rehearsals" for the Sabbath morning Service and for observant Jews like the Goldman's to host family and friends in the days before festive meals and celebrations. Furthermore, like many families in the Valley of the Sun, the Goldman's will have their closest immediate relatives traveling from throughout the country to share in celebratory meals and gatherings ahead of the Bar Mitzvah itself.

Thus, I would imagine that the idea of preparing to begin a court trial just days before his son's Jewish ritual of a Bar Mitzvah would cause Mark to have the dilemma of choosing between his tremendous family obligations as described above or his obligation to his client. No one should be faced with such an unnecessary dilemma.

Again, I would respectfully ask the court to reconsider the continuance given the larger context of this very meaningful event for the Goldman family and our Jewish community. If you have any questions please do not hesitate to contact me at any time.

Respectfully,

10460 North 56th Street, Scottsdale, AZ 85253   Tel-480.951.0323   Fax-480.951.7150   cbiaz.org


Mark L. Haberkorn
Religious School






CAMP DAISY & HARRY STEIN


FEFFER
MARIAN & RALPH
LIBRARY


PLOTKIN JUDAICA MUSEUM