Mark Goldman (012156)
**GOLDMAN & ZWILLINGER PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-01012-SRB-1 |
| Plaintiff, | |
| v. | **NOTICE OF ERRATA** |
| Joseph M. Arpaio, | |
| Defendant. | |

Defendant Joseph M. Arpaio ("Defendant" or "Mr. Arpaio") files this Notice of Errata ("Notice") in regard to Defendant's Reply In Support of Defendant's Motion to Continue Trial (the "Reply"). Inadvertently excluded from the Reply was the Declaration of Mark D. Goldman. That Declaration has been attached hereto as Exhibit A. This attachment does not change the facts, arguments, or claims made in the Reply.

//

//

1

**DATED** this 23rd day of March, 2017.

**GOLDMAN & ZWILLINGER PLLC**

*/s/ Mark D. Goldman*
Mark D. Goldman
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March 2017, I electronically transmitted the foregoing Reply to the Clerk of Court through the CM/ECF System which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Dina D. Horsman*

# Exhibit A

## DECLARATION OF MARK GOLDMAN

Mark Goldman hereby states as follows:

1. I am an attorney and a member of the law firm of Goldman & Zwillinger PLLC.

2. I have reviewed the Governments' response brief.

3. The Government states in its brief: "The government recalls that Mr. Goldman was present at the January 25, 2017, hearing. In fact, Mr. Goldman and Mr. McDonald may have known at that hearing that Mr. Goldman was planning to associate as counsel. Mr. McDonald stated to the Court: "And, Your Honor, as I indicated at the bench, I'm in the process of trying to bring on additional counsel."

4. The above allegation by the Government is false. I did not make a final decision as to whether I was going to file an appearance in the case until March 17, 2017, the day that I filed my appearance. The Government's suggestion that it can read my mind know what I was thinking is absurd unless perhaps it has mind reading technology and/or abilities. However, if the Government does have those abilities, then its above allegations are all the more egregious, baseless and improper because the government therefore would know for certain that I had no idea as to whether I would enter the case on January 25, 2017, or any day thereafter until March 17, 2017.

5. The Government states: At no time during the pendency of these proceedings did Mr. McDonald or Mr. Goldman indicate to the Court that Mr. Goldman would join the defense team or that he had personal obligations that would interfere with an

1

April trial date.  Indeed, both counsel were aware prior to March 1, 2017, that Mr. Goldman intended to file an appearance in this case, see Gov. Exhibit B, and yet Mr. Goldman waited until March 17, 2017—after the government had produced its exhibit list, witness lists, and copies of its anticipated trial exhibits—to file his notice of appearance and motion to continue trial.  Mr. Goldman's long-established personal and social obligations on a weekend provide no basis for a continuance, and the Court should reject this last-minute maneuver.  See 18 U.S.C. § 3161(h)(7)(A).

6. The above statements and allegations are false.  Notwithstanding anything in the Government's exhibits and cited emails, I never committed nor decided to make an appearance in the case until the day that I filed my appearance, March 17, 2017. There were a variety of important and compelling reasons as to why I was not able to finally decide to enter the case until March 17, 2017, and none of those reasons had anything to do with maneuvering or anything else to gain a procedural advantage in the case.  I would be more than pleased, and in fact it would be my pleasure to tell those reasons to the Court in camera.  The government does not have any communication or documents **from me** stating that I would enter the case before March 17, 2017 and no such communications or documents exist because I never decided nor committed to entering the case until March 17, 2017.

7. I have never maneuvered not will I ever maneuver as an attorney and officer of the Court in the manner suggested and alleged by the Government.  I am able to

effectively and properly represent my clients and do quite well as an attorney without so-called maneuvering in the manner suggested by the Government.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.  I also declare the above under the penalty of my thirteen year old daughter berating her father if he were to tell a lie.

EXECUTED on March 23, 2017.

                              GOLDMAN & ZWILLINGER PLLC

By: */s/ Mark Goldman*
Mark Goldman
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
*Attorneys for Defendant Joseph M. Arpaio*

3