**EXHIBIT 1**

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. CR-16-01012-PHX-SRB |
| Joseph M. Arpaio ) | |
| _Defendant_ ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Timothy Casey

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: 502 |
|---|---|
| U.S. Courthouse, 401 W. Washington, Phoenix, AZ 85003 | Date and Time: 4/25/2017 - 9:00 AM |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

Date:   2/24/2017

CLERK OF COURT

s/ Brian D. Karth, Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   Plaintiff
United States of America_____, who requests this subpoena, are:

John D. Keller
Victor R. Salgado
Simon J. Cataldo
Trial Attorneys
Public Integrity Section
1400 New York Ave. NW, Ste. 12000
Washington, DC 20005
Phone: 202-598-2231

**EXHIBIT 2**

# Ralph Adams

**From:** Mel McDonald [melmcdonald2@gmail.com]
**Sent:** Friday, March 17, 2017 11:37 AM
**To:** Ralph Adams
**Subject:** Re: FW: U.S. v. Arpaio CR-16-01012-PHX-SRB

It has been drafted. Probably by Monday. Our filing deadline is next Friday. I have a draft but need to make some changes. It closely parallels what was filed in the civil case.

On Fri, Mar 17, 2017 at 11:15 AM, Ralph Adams <Ralph@adamsclark.com> wrote:

Hello Mel,

Just wondering if you could give me an update on any challenges you will be filing to the subpoena for Mr. Casey's testimony. Any idea when that might be filed?

Thanks,

Ralph Adams

ADAMS & CLARK, PC
520 E. Portland Street, Suite 200
Phoenix, Arizona 85004
602-799-1353 cell
602-258-3542 office 602-258-1377 fax
email: ralph@adamsclark.com
web: www.adamsclark.com
ATTORNEY-CLIENT PRIVILEGED
PLEASE READ THIS ENTIRE DISCLAIMER:
This e-mail contains information that is intended to be privileged and confidential pursuant to attorney-client privilege and the work product doctrine. It is intended only for the addressee, or the employee or agent responsible for delivering it to the intended recipient. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. Please erase it from your computer system. Thank you.

**From:** Ralph Adams
**Sent:** Thursday, March 09, 2017 12:25 PM
**To:** Mel McDonald (melmcdonald2@gmail.com)
**Subject:** U.S. v. Arpaio CR-16-01012-PHX-SRB

Hello Mel,

1

Thanks for speaking with me today regarding the Subpoena served on Mr. Casey in the above-referenced matter. Please email the document we discussed today challenging the Subpoena to this email address.


Thanks,

Ralph Adams

ADAMS & CLARK, PC
520 E. Portland Street, Suite 200
Phoenix, Arizona 85004
602-799-1353 cell
602-258-3542 office 602-258-1377 fax
email: ralph@adamsclark.com
web: www.adamsclark.com
ATTORNEY-CLIENT PRIVILEGED
PLEASE READ THIS ENTIRE DISCLAIMER:
This e-mail contains information that is intended to be privileged and confidential pursuant to attorney-client privilege and the work product doctrine. It is intended only for the addressee, or the employee or agent responsible for delivering it to the intended recipient. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. Please erase it from your computer system. Thank you.