# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01012-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

This Order addresses only the Motion to Continue Trial filed on March 17, 2017 [Doc. 86]. The other pending requests to continue trial will be addressed separately after full briefing.

This case was opened on August 19, 2016, upon a referral for possible criminal contempt. Mr. McDonald entered his appearance for Defendant on September 7, 2016, and the case has been scheduled in consultation with Mr. McDonald and counsel for the Government including the April 25, 2017 trial date. On March 17, 2017, Mr. Goldman filed a Notice of Appearance. Mr. McDonald and another member of his firm continue to represent Defendant. On March 17, 2017, Mr. Goldman also filed this motion claiming the need for additional time to prepare and to provide effective assistance and a personal and a professional scheduling conflict.

When Mr. Goldman filed his Notice of Appearance he was aware that the case was scheduled for trial 5 weeks later. If Mr. Goldman was unavailable on the trial date or unable to have sufficient time to prepare, he should not have agreed to undertake the

representation. Moreover, Defendant will continue to be ably represented by Mr. McDonald and his firm.

IT IS ORDERED denying Motion to Continue Trial [Doc. 86].

Dated this 31st day of March, 2017.

_____
Susan R. Bolton
United States District Judge