A. Melvin McDonald, Bar #002298
Linda K. Tivorsak, Bar #024789
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com
ltivorsak@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>Defendant. | NO. 2:16-CR-01012-SRB<br><br>**JONES, SKELTON & HOCHULI'S APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT JOSEPH M. ARPAIO** |
|---|---|

Pursuant to LRCiv 83.3(b)(2) and (3)/LRCrim 57.14, the Jones, Skelton & Hochuli, P.L.C. law firm and its attorneys, A. Melvin McDonald and Linda K. Tivorsak, apply to withdraw as co-counsel of record for Defendant Joseph Arpaio. This application is being made pursuant to LRCiv 83.3(b)(3) for good cause. Good cause exists because withdrawal is mandatory pursuant to Ethical Rule 1.16(a)(1). *See* Rule 42, Ariz. R. Sup. Ct. Professional considerations require termination of the representation. *Id.* ER 1.16, cmt [3]. Counsel stand ready, willing and able to answer, in camera, any questions the court may have relative to this application.

Pursuant to LRCiv 83.3(b)(2), Defendant Joseph Arpaio, through his other counsel of record in this proceeding, Mark D. Goldman and Jeff S. Surdakowski, of the law firm of Goldman & Zwillinger PLLC are aware of the status of the case including the dates and times of any court hearings or trial settings and pending compliance with any existing court orders and shall remain as counsel of record for Defendant Joseph Arpaio

1 | after the requested withdrawal of Jones, Skelton & Hochuli, P.L.C. and its attorneys from
2 | this proceeding. (See Certificate of Counsel attached hereto as Exhibit A).

RESPECTFULLY SUBMITTED this 3rd day of April, 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/A. Melvin McDonald
   A. Melvin McDonald
   Linda K. Tivorsak
   40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendant Joseph M. Arpaio

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Raymond N. Hulser
Chief, Public Integrity Section
John D. Keller
Victor R. Salgado
Trial Attorneys
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005

Mark D. Goldman
Jeff S. Surdakowski
Goldman & Zwillinger, PLLC
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255

Joseph M. Arpaio


/s/Karen Gawel

5742266.1

# EXHIBIT A

A. Melvin McDonald, Bar #002298
Linda K. Tivorsak, Bar #024789
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com
ltivorsak@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>Defendant. | NO. 2:16-CR-01012-SRB<br><br>**CERTIFICATE OF COUNSEL PURSUANT TO LRCIV 83.3(b)(2)** |

I, A. Melvin McDonald, pursuant to LRCiv 83.3(b)(2), do hereby certify that Defendant Joseph M. Arpaio and his other counsel of record Mark D. Goldman and Jeff S. Surdakowski, of the law firm of Goldman & Zwillinger PLLC are aware of the status of the case including the dates and times of any court hearings and trial settings and pending compliance with any existing court orders.

DATED this 3rd day of April, 2017.

_____
A. Melvin McDonald

5746664.1