A. Melvin McDonald, Bar #002298
Linda K. Tivorsak, Bar #024789
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com
ltivorsak@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | NO. 2:16-CR-01012-SRB |
|---|---|
| Plaintiff, | **MOTION FOR ACCELERATED CONSIDERATION OF JONES, SKELTON & HOCHULI'S APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT JOSEPH M. ARPAIO.** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

Attorneys for Defendant Joseph M. Arpaio respectfully request accelerated consideration of undersigned counsel's Motion for Jones, Skelton & Hochuli's Application to Withdraw as Counsel for Defendant Joseph M. Arpaio ("Motion to Withdraw"). As this Court is aware, trial is set to begin on April 25, 2017. Moreover, as indicated in undersigned counsel's Motion to Withdraw, good cause exists for withdrawal because it is mandatory pursuant to Ethical Rule 1.16(a)(1) due to professional considerations. *See* Rule 42, Ariz. R. Cup. Ct., ER 1.16, cmt. [3]. Undersigned counsel submits that this matter has been brought before the Court in as expedient a manner as possible and that resolution of this issue in an accelerated fashion serves the interests of justice for all parties involved. Undersigned counsel also informs the Court that he will be available for an in camera hearing for the next three days should the Court desire additional information from undersigned counsel in order to adjudicate this Motion.

5746557.1

RESPECTFULLY SUBMITTED this 3rd day of April 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/A. Melvin McDonald
A. Melvin McDonald
Linda K. Tivorsak
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Joseph M. Arpaio

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Raymond N. Hulser
Chief, Public Integrity Section
John D. Keller
Victor R. Salgado
Trial Attorneys
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW
Washington, DC 20005
John.Keller@usdoj.gov
Victor.Salgado@usdoj.gov

Mark D. Goldman
Jeff S. Surdakowski
Goldman & Zwillinger PLLC
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255

Joseph M. Arpaio


s/Karen Gawel

5746557.1

2