**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

Phoenix Division

<u>CR 16 / 01012 / 1 PHX SRB</u>     DATE: <u>4-6-17</u>
Year   Case No.   Dft #

U.S. DISTRICT JUDGE: <u>SUSAN R. BOLTON</u>

USA v. <u>Arpaio, Joseph M.</u>
         Last Name   First Name   Middle Initial
DEFENDANT: <u>X</u> Present

Deputy Clerk: <u>Maureen Williams</u>   Court Reporter <u>Liz Lemke</u>

U.S Attorney: <u>John Keller [telephonically], Victor Salgado and Simon Caltaldo</u>

Defense counsel: <u>A. Melvin McDonald, Jr., James Osborne, Mark Goldman and Jeffrey Surdakowski</u>
         __ AFPD   __ Appointed   <u>X</u>   Retained

Interpreter:__   Language:__
==============================================================================
**PROCEEDINGS**:   <u>X</u> Open Court   __ SEALED

This is the time set for Hearing re: Jones, Skelton & Hochuli's Application to Withdraw as Counsel for Defendant Joseph M. Arpaio [Doc. 115]. Government's counsel and members of the public present in the courtroom are excused. Government's counsel appearing by telephone is placed on hold.

Defense counsel's Motion is discussed. For reasons as stated on the record, IT IS ORDERED granting the Motion to Withdraw and counsel Melvin McDonald, Jr. and James Osborne are excused. Government's counsel and members of the public are present in the courtroom.

Pending motions are discussed. Documents 98, 103, 104 and 106 are fully briefed. Upon oral request of Defense counsel Goldman, the reply deadline regarding Defendant's Motion to Preclude Testimony of Timothy Casey [Doc. 97] is extended to **April 10, 2017.**

Defendant's Motion for Continuance or to Exclude Documents Disclosed by the Government After March 1, 2017 [Doc. 103] is discussed. IT IS ORDERED denying the request to continue trial and granting the request to exclude documents newly disclosed by the Government after March 1, 2017 with the exception of the three additional exhibits comprising of a total of 18 pages disclosed on March 15, March 22 and April 3. To the extent

CR 16-01012-1-PHX-SRB
USA v. Arpaio
Page 2

that exhibits previously produced were reproduced in a different form, the Court does not consider those exhibits to be the disclosure of a new exhibit.

Discussion held regarding motions requiring a hearing. The Court notes that the Motion to Quash Timothy J. Casey's Subpoena [Doc. 96] and Defendant's Motion to Preclude Testimony of Timothy Casey [Doc. 97] did not request a hearing. Regarding Defendant's Motion Requesting a Voluntariness Hearing and Supplement in Support of Defendant Arpaio's Motion to Clarify Background and History of the "Civil Contempt" Admission [Doc. 105], the Court advises counsel that this a factual motion and will not be set for an oral argument but will be decided at trial.

IT IS ORDERED setting Hearing re: Defendant's Motion to Stay Proceedings [Doc. 106] on **April 12, 2017, at 10:30 a.m.**  Government's counsel may appear telephonically for said hearing.

Trial length is discussed.  Counsels' new estimate is 8 days.

At the request of Defense counsel, Defendant may supplement his witness and exhibit lists prior to April 12, 2017.

**LATER:** IT IS ORDERED denying as moot Defendant's Emergency Motion to Continue Reply Deadlines for Certain Pretrial Motions [Doc. 122].

Hearing held 2:03 p.m. to 2:51 p.m.