# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01012-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

The Court has reviewed Defendant's Motion for Reconsideration of Order Denying "Motion to Dismiss, or in the Alternative for Jury Trial" [Doc. 133].

IT IS ORDERED denying Defendant's Motion.

Dated this 31st day of May, 2017.

Susan R. Bolton
United States District Judge