| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 26 2017 |
| | MOLLY C. DWYER, CLERK  |
| | U.S. COURT OF APPEALS |

In re: JOSEPH M. ARPAIO, Sheriff.
_____

JOSEPH M. ARPAIO, Sheriff,

          Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,

          Respondent,

UNITED STATES OF AMERICA,

          Real Party in Interest.

No.   17-71094

D.C. No.
2:16-cr-01012-SRB-1
District of Arizona,
Phoenix

ORDER

Before: REINHARDT, CALLAHAN, and NGUYEN, Circuit Judges.

      The emergency petition for panel rehearing is denied and the emergency petition for rehearing en banc is denied on behalf of the court (Docket Entry No. 13). *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

      To the extent that they are not moot, all other requests contained in petitioner's filing are denied.

AC/MOATT