ANNALOU TIROL
Acting Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
Deputy Chief
VICTOR R. SALGADO
DC Bar No. 975013
SIMON J. CATALDO
Massachusetts Bar No. 690879
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov
Simon.Cataldo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>    Defendant. | No. CR-16-01012-PHX-SRB<br><br>**STIPULATIONS** |

  The government, by the undersigned attorneys for the Department of Justice, Criminal Division, Public Integrity Section, and the defendant, by his undersigned attorneys, stipulate as follows:

  I.  The documents and recordings listed below are authentic duplicates under Federal Rules of Evidence 901, 902, and 1003. As such, the parties stipulate that these documents and video and audio recordings are admissible without additional seals, certifications, or testimony regarding authentication. The parties reserve the right to

challenge admissibility of the evidence on any other grounds, including relevance.

    a. Gov. Ex. 1: December 23, 2011, Preliminary Injunction, ECF No. 494[1]

    b. Gov. Ex. 2: Expedited Motion to Vacate Hearing, ECF No. 948

    c. Gov. Ex's. 3–3r: Transcripts and recordings of Arpaio's prior testimony and DOJ interviews, as identified by the date and Bates numbers provided in the Government's Exhibit List.

    d. Gov. Ex. 4: Declaration of John MacIntyre, ECF No. 838-1

    e. Gov. Ex's. 5–5d; 7–7i; 15–15l; 16–16d; 17–17b; 21–21d; 22; 35–35c; 39: Transcripts and recordings of potential witnesses' prior testimony and monitor interviews, as identified by individual, date, and Bates numbers provided in the Government's Exhibit List.

    f. Gov. Ex's. 6, 8–14, 23–33: Emails identified by the date, sender, and Bates number provided in the Government's Exhibit List.

    g. Gov. Ex. 34: Timothy Casey's redacted billing records identified by the years and Bates numbers provided in the Government's Exhibit List.

    h. Gov. Ex's. 36a–36m, 43: MCSO press releases identified by the dates and Bates numbers provided in the Government's Exhibit List.

    i. Gov. Ex. 38: Joe Show documentary footage

    j. Gov. Ex's. 40–41a: MCSO incident reports identified by the date and Bates number provided in the Government's Exhibit list.

    k. Gov. Ex. 42: MCSO LEAR Protocol identified by the Bates number provided in the Government's Exhibit List.

    l. Def. Ex's. 100–150, as identified by the descriptions, exhibit numbers, and Bates numbers provided in the Defendant's Second Supplemental Exhibit List, dated June 13, 2017.

---

[1] All ECF entries refer to docket entries in *Melendres v. Arpaio*, No. 2:07-cv-02513, (D. Ariz. 2007).

II.     The parties further stipulate that the media interviews identified as Exhibit Numbers 37a–37t in the Government's Exhibit List are authentic duplicates under Federal Rules of Evidence 901, 902, and 1003, and are admissible without additional seals, certifications, or testimony regarding authentication.  The parties reserve the right to challenge the admissibility of the evidence on any other grounds, including relevance.

III.    The parties further stipulate that the HSU Master Logs and DR summaries identified as Exhibit Numbers 18, 19, and 20 in the Government's Exhibit List are authentic duplicates pursuant to Federal Rules of Evidence 901, 902, and 1003, are admissible without additional seals, certificates, or testimony regarding authentication. The parties reserve the right to object to the evidence on any other grounds.

Respectfully Submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section

Attorneys for the Defendant:

*/s/Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
John D. Wilenchik, Esq.
Wilenchik & Barntess, P.C.
The Wilenchik & Bartness Building
2810 N. Third St.
Phoenix, AZ 85004
admin@wb-law.com

*/s/ Mark D. Goldman*
Mark D. Goldman, Esq.
Jeff S. Surdakowski, Esq.
Goldman & Zwillinger PLLC
17851 N. 85th St., Suite 175
Scottsdale, AZ 85255
docket@gzlawoffice.com

By: */s/ John D. Keller*
John D. Keller
Deputy Chief
Victor R. Salgado
Simon J. Cataldo
Trial Attorneys

United States Department of Justice
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
(202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov
Simon.Cataldo@usdoj.gov

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on today's date, I electronically filed the foregoing via the CM/ECF system which will provide notice to counsel of record for the defendant.

        /s/ *John D. Keller*
        John D. Keller
        Deputy Chief