## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CRIMINAL TRIAL MINUTES

Phoenix Division

CR 16 / 01012/ 1 PHX SRB __    DATE: 6-27-17 ___
 Year    Case No.  Dft #


HON: SUSAN R. BOLTON ____


USA  v. ___Arpaio, Joseph M. _____
          Last Name         First Name        Middle Initial


DEFENDANT: X  Present

Deputy Clerk: Maureen Williams __ Court Reporter: __ Liz Lemke (a.m.) / Linda Schroeder (p.m.) ____

U.S. Attorney: John Keller, Victor Salgado, Simon Cataldo and paralegal Lauren Miller with FBI agent Carey Crocker 


Defense Attorney: Dennis Wilenchik, John Wilenchik, Mark Goldman, Jeffrey Surdakowski and paralegals Ann Meyers, Aileen De Los Angeles and Victoria Stevens with Defendant Joseph M. Arpaio ___
 __ AFPD  _ Appointed  _X_ Retained


Interpreter: _  Language: _


**PROCEEDINGS:/_/JURY TRIAL  / X /COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

**Also present: Ethics counsel Karen Clark for Timothy Casey**

Trial Day # __2_ Waiver of Jury trial filed   _n/a_

9:01 a.m.  Reconvene.  **Government's case (continued):** Timothy Casey is examined further.  Exhibit 9 is admitted.  10:31 a.m.  Recess.


10:46 a.m.  Reconvene.  Timothy Casey is examined further.  Exhibit 145 is admitted.  12:01 p.m.  Recess.


1:16 p.m.  Reconvene.  Timothy Casey is examined further.  Exhibit 30 is admitted.  Witness is excused, subject to recall.  Government renews its offer of Exhibit 5.  Argument held.  Exhibit 5 is admitted. Defense counsel will be permitted to supplement Exhibit 5 with additional excerpts of Mr. MacIntyre's testimony.  Carey Crocker, previously sworn, is examined.  Exhibits 3H and 3H.2 are admitted.  Discussion held regarding the three categories of evidence that the Government will be offering (press releases, news interviews and excerpts of Defendant's depositions).  The Court directs Government's counsel to provide Defense counsel with a list of exhibits for all three categories.  Defense counsel is to advise the Court when court reconvenes tomorrow morning whether there will be any objections to those exhibits.  Witness is excused.  Lisa Allen is sworn and examined. 2:46 p.m.  Recess.

CR 16-01012-1-PHX-SRB
USA v. Arpaio
Page 2


3:06 p.m.  Reconvene.  Lisa Allen is examined further.  Witness is excused.  Dmitrius Whelan-Gonzales is sworn and examined.  Exhibits 18, 19 and 20 are admitted.  Witness is excused. Regarding the closed circuit television in the Special Proceedings courtroom, the Court has noted that overflow seating has not been needed so the transmission  will be discontinued.

4:19 p.m.  Court stands at recess until 9:00 a.m., June 28, 2017.