

**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810          Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com

GOLDMAN & ZWILLINGER PLLC
ATTORNEYS AT LAW

Mark Goldman (012156)
Vincent Rene Mayr (013954)
Jeff S. Surdakowski (030988)
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-01012-SRB-1 |
| Plaintiff, | |
| | **DEFENDANT'S NOTICE OF SUBMISSION OF SPECIFIC OBJECTIONS AND COUNTER-DESIGNATIONS RE: DEFENDANT'S PRIOR STATEMENTS** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

1   Comes now Defendant Joseph M. Arpaio ("Defendant"), by and through counsel

2   undersigned, who hereby submits his specific objections to the United States' Excerpts of

3   Defendant's prior statements and counter-designations necessary for completeness.   This

4   submission is subject to Defendant's continuing objection to the introduction of any of

5   Defendant's prior statements.

6                       **GENERAL/CONTINUING OBJECTION**

7   Without waving any prior objections, and in addition thereto, Defendant objects on the

8   basis of hearsay and relevance.   Rule 804(b)(3) is not limited to confessions of criminal

9   responsibility, although the statements must, in a real and tangible way, subject the declarant to

10   criminal liability. *U.S. v. Layton,* 720 F.2d 548, 557–60 (9th Cir. 1983) (overruled on other

11   grounds by *U.S. v. W.R. Grace,* 526 F.3d 499 (9th Cir. 2008)). A showing that the statements

12   ***solidly inculpate*** the declarant is required. *U.S. v. Hoyos,* 573 F.2d 1111, 1115 (9th Cir. 1978).

13   The government has entirely failed to meet this burden.   Not a single excerpt offered by the

14   government even remotely tends to inculpate, let alone "solidly inculpate", as such none of the

15   governments excerpts are an exception to the hearsay rule and therefore must be excluded.

16   Indeed, even if the government had provided a single solidly inculpatory statement—which they

17   have not—non-self-inculpatory statements are inadmissible even if they were made

18   contemporaneously with other self-inculpatory statements. *See Williamson v. United States,* 512

19   U.S. 594, 599, 114 S.Ct. 2431, 129 L.Ed.2d 476 (1994).   The self-inculpatory statements, when

20   offered by the government, are admissions by a party-opponent and are therefore not hearsay,

21   *see* Fed.R.Evid. 801(d)(2), but the non-self-inculpatory statements are inadmissible hearsay. *See*

22   *Williamson v. U.S.,* 512 U.S. 594, 599, 114 S.Ct. 2431 (1994).

23   . . .

24   . . .

25

26

1

**SPECIFIC OBJECTIONS TO UNITED STATES DESIGNATED EXCERPTS OF DEFENDANT'S PRIOR STATEMENTS**

2    The following specific objections are expressly subject to, do not constitute a waiver of,

3    and implicitly incorporate, the objections made by Defendant.

4

5

| United States Excerpts | Defendant's Objections |
|---|---|
| **Ex. 3 - 7/24/12 Bench Trial** | |
| 329:4 -6 | Relevance, Hearsay |
| 329:7 - 11 | Relevance, Hearsay |
| 329:12 - 14 | Relevance, Hearsay |
| 329:15 - 17 | Relevance, Hearsay |
| 329:18 - 19 | Relevance, Hearsay |
| 329:20 - 23 | Relevance, Hearsay |
| 329:24 - 330:1 | Relevance, Hearsay |
| 330:2 - 4 | Relevance, Hearsay |
| 330:5 - 8 | Relevance, Hearsay |
| 330:9 - 12 | Relevance, Hearsay |
| 330:13 - 14 | Relevance, Hearsay |
| 330:15 - 17 | Relevance, Hearsay |
| 330:18 - 20 | Relevance, Hearsay |
| 330:21 - 35 | Relevance, Hearsay |
| 473:3 - 9 | Relevance, Hearsay |
| 473:10 - 18 | Relevance, Hearsay |
| 473:19 - 24 | Relevance, Hearsay |
| 473:25 - 474:2 | Relevance, Hearsay |
| 474:3 - 7 | Relevance, Hearsay |
| 474:8 - 13 | Foundation, Relevance, Hearsay |
| 474:14 - 24 | Foundation, Reading from Document not in Evidence, Relevance, Hearsay |
| 502:1 - 12 | Counsel is Testifying, Relevance, Hearsay |
| 502:18 - 21 | Relevance, Hearsay |
| 502:22 - 24 | Relevance, Hearsay |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| Ex. 3a - 4/22/15 Evidentiary Hearing | |
|---|---|
| 472:1 - 19 | Relevance |
| 475:1 - 4 | Relevance |
| 475:6 - 15 | Relevance, Hearsay |
| 475:16 - 19 | Relevance, Hearsay |
| 475:20 - 25 | Relevance, Hearsay |
| 478:1 - 4 | Relevance, Hearsay |
| 478:5 - 7 | Relevance, Hearsay |
| 478:14 - 18 | Foundation, Relevance, Hearsay |
| 478:19 - 22 | Relevance, Hearsay |
| 487:1 - 3 | Foundation, Relevance, Hearsay |
| 487:4 - 7 | Foundation, Relevance, Hearsay |
| 487:8 - 10 | Foundation, Relevance, Hearsay |
| 487:11 - 12 | Foundation, Relevance, Hearsay |
| 487:13 - 18 | Foundation, Relevance, Hearsay |
| 487:19 - 22 | Foundation, Relevance, Hearsay |
| 487:23 - 488:7 | Relevance, Hearsay |
| 488:8 - 10 | Relevance, Hearsay |
| 488:11 - 13 | Relevance, Hearsay |
| 488:14 - 15 | Relevance, Hearsay |
| 488:16 - 17 | Relevance, Hearsay |
| 488:18 - 24 | Relevance, Hearsay |
| 497:1 - 3 | Foundation, Relevance, Hearsay |
| 497:4 - 7 | Foundation, Reading from Exhibit not in Evidence, Relevance, Hearsay |
| 497:8 - 9 | Relevance, Hearsay |
| 497:10 - 18 | Relevance, Hearsay |
| 497:23 - 498:3 | Relevance, Hearsay |

| | |
|---|---|
| 498:4 - 25 | Non-Testimonial |
| **Ex. 3b - 4/23/15 Evidentiary Hearing** | |
| 518:1 - 25 | Relevance |
| 536:1 - 13 | Relevance, Hearsay |
| 536:14 - 19 | Relevance |
| 536:20 - 25 | Relevance, Hearsay |
| 537:1 - 4 | Relevance, Hearsay |
| 537:5 - 8 | Counsel is Testifying, Relevance, Hearsay |
| 537:9 - 11 | Relevance, Hearsay |
| 537:12 - 25 | Foundation, Relevance, Hearsay, Video not in Evidence |
| 539:1 - 9 | Foundation, Relevance |
| 539:10 - 15 | Relevance, Hearsay |
| 539:16 - 21 | Relevance, Hearsay |
| 539:22 - 25 | Foundation, Relevance, Hearsay |
| 557:1 - 2 | Foundation, Relevance, Hearsay |
| 557:3 - 5 | Relevance, Hearsay |
| 557:6 - 9 | Relevance, Hearsay |
| 557:10 - 15 | Relevance, Hearsay |
| 557:16 - 25 | Relevance, Hearsay |
| 558:1 - 6 | Argumentative, Relevance, Hearsay |
| 558:7 - 11 | Relevance, Hearsay |
| 558:12 - 17 | Relevance, Hearsay |
| 558:18 - 20 | Relevance, Hearsay |
| 558:21 - 25 | Relevance, Hearsay |
| **Ex. 3f - 10/8/15 Evidentiary Hearing** | |
| 2503:1 - 16 | Foundation, Relevance, Hearsay, Video not in Evidence |
| 2503:17 - 19 | Relevance, Hearsay |

| | |
|---|---|
| 2542:6 - 16 | Relevance, Hearsay |
| 2542:17 - 21 | Relevance, Hearsay |
| 2542:22 - 24 | Relevance, Hearsay |
| 2555:14 - 16 | Relevance, Hearsay |
| 2555:17 - 19 | Relevance, Hearsay |
| 2555:20 - 23 | Relevance, Hearsay |
| 2558:1 - 6 | Relevance, Hearsay |
| 2558:7 - 9 | Relevance, Hearsay |
| 2558:10 - 11 | Relevance, Hearsay |
| 2558:12 - 13 | Relevance, Hearsay |
| 2558:14 - 17 | Relevance, Hearsay |
| 2558:18 - 23 | Relevance, Hearsay |
| **Ex. 3g - 3/25/15 Deposition** | |
| 19:1 -4 | Relevance, Hearsay |
| 19:5 - 7 | Relevance, Hearsay |
| 19:17 - 25 | Relevance, Hearsay |
| 23:13 - 18 | Mistakes Prior Testimony |
| 23:19 - 25 | Argumentative |
| 27:1 - 3 | Foundation, Relevance, Hearsay |
| 27:4 - 5 | Foundation, Relevance, Hearsay |
| 27:6 - 9 | Foundation, Form, Relevance, Hearsay |
| 27:10 - 12 | Relevance, Hearsay |
| 27:13 - 19 | Relevance |
| 27:20 - 23 | Relevance |
| 33:1 - 8 | Foundation, Form, Relevance, Hearsay |
| 33:9 - 11 | Relevance, Hearsay |
| 33:12 - 15 | Relevance, Hearsay |
| 33:16 - 23 | Relevance, Hearsay |
| 38:1 - 5 | Relevance, Hearsay |
| 38:6 - 13 | Form, Foundation, Relevance, Hearsay |
| 38:14 - 17 | Relevance, Hearsay |
| 38:18 - 22 | Relevance, Hearsay |
| 38:23 - 39:1 | Relevance, Hearsay |

| 47:1 - 4 | Relevance, Hearsay |
|---|---|
| 47:5 - 9 | Relevance, Hearsay |
| 51:1 - 6 | Foundation, Form, Relevance, Hearsay |
| 51:7 - 11 | Relevance, Hearsay |
| 51:12 - 17 | Relevance, Hearsay |
| 61:1 - 4 | Foundation, Relevance, Hearsay |
| 61:5 - 6 | Foundation, Relevance, Hearsay |
| 61:7 - 11 | Foundation, Relevance, Hearsay |
| 61:17 - 20 | Relevance, Hearsay |
| 61:21 - 24 | Relevance, Hearsay |
| 61:25 - 62:2 | Relevance, Hearsay |
| 62:3 - 6 | Relevance, Hearsay |
| 62:7 - 9 | Relevance, Hearsay |
| 62:10 - 14 | Relevance, Hearsay |
| 62:15 - 18 | Relevance, Hearsay |
| 62:19 - 22 | Relevance, Hearsay |
| 81:4 - 6 | Relevance, Hearsay |
| 81:7 - 13 | Relevance, Hearsay |
| 81:14 - 20 | Relevance, Hearsay |
| 81:21 - 82:3 | Speculation, Relevance, Hearsay |
| 82:4 - 10 | Relevance, Hearsay |
| 82:11 - 16 | Relevance, Hearsay |
| 82:17 - 18 | Relevance, Hearsay |
| 100:4 - 7 | Relevance, Hearsay |
| 100:8 - 12 | Relevance, Hearsay |
| 100:13 - 14 | Relevance, Hearsay |
| 100:15 - 20 | Relevance, Hearsay |
| 100:21 - 23 | Relevance, Hearsay |
| 107:2 - 4 | Relevance, Hearsay |
| 107:5 - 13 | Relevance, Hearsay |
| 107:14 - 17 | Relevance, Hearsay |
| 191:1 - 5 | Foundation, Relevance, Hearsay |
| 191:6 - 8 | Relevance, Hearsay |

| | |
|---|---|
| 191:9 - 10 | Relevance, Hearsay |
| 191:11 - 17 | Relevance, Hearsay |
| 191:18 - 22 | Relevance, Hearsay |
| 208:21 - 25 | Foundation, Relevance, Hearsay |
| 209:4 - 7 | Relevance, Hearsay |
| 209:8 - 9 | Relevance, Hearsay |
| 209:10 - 12 | Relevance, Hearsay |
| 209:13 - 17 | Relevance, Hearsay |
| 209:18 - 23 | Relevance, Hearsay |
| 211:3 - 13 | Relevance, Hearsay |
| 211:14 - 17 | Relevance, Hearsay |
| 211:18 - 23 | Relevance, Hearsay |
| **Ex. 3i - 9/17/15 Deposition** | |
| 382:5 - 16 | Foundation, Form, Relevance, Hearsay |
| 410:4 - 6 | Foundation, Speculation, Form, Relevance, Hearsay |
| 410:10 - 20 | Relevance, Hearsay |
| **Ex. 3k - 12/16/09 Deposition** | |
| 170:1 - 3 | Relevance, Hearsay |
| 170:4 - 7 | Relevance, Hearsay |
| 170:8 - 14 | Foundation, Relevance, Hearsay |
| 170:15 - 19 | Relevance, Hearsay |
| 170:20 - 23 | Relevance, Hearsay |
| 170:24 - 25 | Relevance, Hearsay |
| 171:1 - 12 | Relevance, Hearsay |
| 171:13 - 16 | Relevance, Hearsay |
| 171:17 - 19 | Relevance, Hearsay |
| 171:20 - 22 | Relevance, Hearsay |
| 171:23 - 172:5 | Relevance, Hearsay |
| 172:6 - 7 | Relevance, Hearsay |
| 172:8 - 15 | Relevance, Hearsay |
| 172:16 - 23 | Relevance, Hearsay |
| 172:24 - 173:11 | Relevance, Hearsay |
| 173:12 - 17 | Relevance, Hearsay |

| | |
|---|---|
| 173:18 - 174:4 | Relevance, Hearsay |
| 174:5 - 9 | Relevance, Hearsay |
| 174:10 - 16 | Relevance, Hearsay |
| 174:17 - 21 | Relevance, Hearsay |
| 174:22 - 24 | Relevance, Hearsay |
| 174:25 - 175:1 | Relevance, Hearsay |
| 175:2 - 3 | Relevance, Hearsay |
| 175:4 - 12 | Foundation |
| 175:13 - 17 | Relevance, Hearsay |
| 175:18 - 20 | Relevance, Hearsay |
| 175:21 - 176:10 | Relevance |
| 176:11 - 20 | Relevance |
| 176:21 - 177:1 | Relevance, Hearsay |
| 177:2 - 9 | Relevance, Hearsay |
| 177:10 - 16 | Relevance, Hearsay |
| 177:17 - 20 | Relevance, Hearsay |
| **Ex. 3p - 2/11/11 Interview** | |
| 55:3 - 22 | Relevance |
| 56:1 - 12 | Form, Relevance, Hearsay |
| 56:13 - 22 | Form, Foundation, Relevance, Hearsay, Incomplete |
| 91:3 - 5 | Form, Relevance, Hearsay |
| 91:6 - 18 | Form, Relevance, Hearsay |
| 91:19 - 22 | Form, Relevance, Hearsay, Incomplete |
| **Ex. 3r - 2/17/11 Interview** | |
| 13:1 - 9 | Foundation, Relevance, Hearsay |
| 13:10 - 19 | Foundation, Relevance, Hearsay |
| 13:20 - 14:11 | Relevance, Hearsay |
| 14:12 - 16 | Relevance, Hearsay |
| 14:17 - 22 | Form, Interviewer is Testifying |
| 55:1 - 15 | Form, Foundation, Relevance, Hearsay |

| 55:16 - 21 | Relevance, Hearsay |
|---|---|
| 55:22 - 56:11 | Relevance, Hearsay |
| 56:12 - 19 | Relevance, Hearsay |
| 56:20 - 22 | Relevance, Hearsay, Incomplete |
| **Ex. 3h - 4/14/15 Deposition** | |
| 318:1 - 8 | Form, Foundation, Document Not in Evidence, Relevance, Hearsay |
| 318:9 - 15 | Relevance, Hearsay |
| 318:16 - 20 | Relevance, Hearsay |
| 318:21 - 24 | Relevance, Hearsay |
| 319:2 - 8 | Relevance, Hearsay |
| 319:10 - 15 | Relevance, Hearsay |
| 319:17 - 19 | Relevance, Hearsay |
| 319:20 - 23 | Relevance, Hearsay |
| 319:24 - 320:1 | Relevance, Hearsay |
| 320:10 - 14 | Relevance, Hearsay |

### DEFENDANT'S COUNTER DESIGNATIONS

The following counter-designations are expressly subject to, do not constitute a waiver of, and implicitly incorporate, all of the above general and specific objections.  The portions of the transcripts designated below are provided to the Court in the attached **Exhibit 1**.

| **Ex. 3 7/24/12 Bench Trial** |
|---|
| 331:1 - 3 |
| 475:2 - 5 |
| 502:14 - 18 |
| **Ex. 3a 4/22/15 Evidentiary Hearing** |
| 473:4 - 14 |
| 477:5 - 14 |
| 478:23 - 479:2 |

| |
|---|
| 483:22 - 484:3 |
| **Ex. 3b 4/23/15 Evidentiary Hearing** |
| 542:9 - 17 |
| 543:18 - 544:7 |
| 554:3 - 17 |
| 593:22 - 594:6 |
| 596:16 - 19 |
| 599:2 - 4 |
| 601:19 - 21 |
| 604:10 - 605:11 |
| **Ex. 3d 10/1/15 Evidentiary Hearing** |
| 2021:22 - 2022:4 |
| **Ex. 3f 10/8/15 Evidentiary Hearing** |
| 2501:3 - 18 |
| 2527:5 - 2528:6 |
| **Ex. 3g 3/25/15 Deposition** |
| 19:17 - 20:25 |
| 22:13 - 25 |
| 24:24 - 25:10 |
| 36:21 - 37:24 |
| **Ex. 3h 4/14/15 Deposition** |
| 320:24 - 321:23 |
| **Ex. 3i 9/17/15 Deposition** |
| 382:24 - 383:23 |
| 384:25 - 385:20 |
| 387:12 - 387:18 |
| 389:16 - 390:17 |
| 396:15 - 397:14 |

CONCLUSION

For the foregoing reasons, this Court should rule that the United States' excerpts of Defendant's prior statements are inadmissible.  Without waiving any objections, to the extent the court admits any of the excerpts of the United States Defendant's counter-designations must be admitted for completeness.

**RESPECTFULLY SUBMITTED** July 5, 2017.

**WILENCHIK & BARTNESS, P.C.**         **GOLDMAN & ZWILLINGER PLLC**

*/s/ Dennis I. Wilenchik*               */s/ Vincent Rene Mayr*
Dennis I. Wilenchik, Esq.              Mark D. Goldman, Esq.
John D. Wilenchik, Esq.               Vincent Rene Mayr, Esq.
The Wilenchik & Bartness Building     Jeff S. Surdakowski, Esq.
2810 North Third Street               17851 North 85th Street, Suite 175
Phoenix, Arizona 85004               Scottsdale, AZ 85255
admin@wb-law.com                  E-mail: docket@gzlawoffice.com

*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July 2017, I electronically transmitted the foregoing Motion to the Clerk of Court through the CM/ECF System which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Christine M. Ferreira*

13