

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com



Mark Goldman (012156)
Vincent Rene Mayr (013954)
Jeff S. Surdakowski (030988)
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | Case No.: 2:16-cr-01012-SRB-1 |
| Plaintiff, | **DEFENDANT'S AMENDED NOTICE OF SUBMISSION OF SPECIFIC OBJECTIONS AND COUNTER-DESIGNATIONS RE: DEFENDANT'S PRIOR STATEMENTS** |
| v. | |
| **Joseph M. Arpaio,** | |
| Defendant. | |

Comes now Defendant Joseph M. Arpaio ("Defendant"), by and through counsel undersigned, who hereby submits his specific objections to the United States' Excerpts of Defendant's prior statements and counter-designations necessary for completeness. This submission is subject to Defendant's continuing objection to the introduction of any of Defendant's prior statements.

### GENERAL/CONTINUING OBJECTION

Without waiving any prior objections, and in addition thereto, Defendant objects on the basis of hearsay and relevance. Rule 804(b)(3) is not limited to confessions of criminal responsibility, although the statements must, in a real and tangible way, subject the declarant to criminal liability. *U.S. v. Layton,* 720 F.2d 548, 557–60 (9th Cir. 1983) (overruled on other grounds by *U.S. v. W.R. Grace,* 526 F.3d 499 (9th Cir. 2008)). A showing that the statements **solidly inculpate** the declarant is required. *U.S. v. Hoyos,* 573 F.2d 1111, 1115 (9th Cir. 1978). The government has entirely failed to meet this burden. Not a single excerpt offered by the government even remotely tends to inculpate, let alone "solidly inculpate", as such none of the governments excerpts are an exception to the hearsay rule and therefore must be excluded. Indeed, even if the government had provided a single solidly inculpatory statement—which they have not—non-self-inculpatory statements are inadmissible even if they were made contemporaneously with other self-inculpatory statements. *See Williamson v. United States,* 512 U.S. 594, 599, 114 S.Ct. 2431, 129 L.Ed.2d 476 (1994). The self-inculpatory statements, when offered by the government, are admissions by a party-opponent and are therefore not hearsay, *see* Fed.R.Evid. 801(d)(2), but the non-self-inculpatory statements are inadmissible hearsay. *See Williamson v. U.S.,* 512 U.S. 594, 599, 114 S.Ct. 2431 (1994).

. . .

. . .

**SPECIFIC OBJECTIONS TO UNITED STATES DESIGNATED EXCERPTS OF DEFENDANT'S PRIOR STATEMENTS**

The following specific objections are expressly subject to, do not constitute a waiver of, and implicitly incorporate, the objections made by Defendant.

| United States Excerpts | Defendant's Objections |
|---|---|
| **Ex. 3 - 7/24/12 Bench Trial** | |
| 329:4 -6 | Relevance, Hearsay |
| 329:7 - 11 | Relevance, Hearsay |
| 329:12 - 14 | Relevance, Hearsay |
| 329:15 - 17 | Relevance, Hearsay |
| 329:18 - 19 | Relevance, Hearsay |
| 329:20 - 23 | Relevance, Hearsay |
| 329:24 - 330:1 | Relevance, Hearsay |
| 330:2 - 4 | Relevance, Hearsay |
| 330:5 - 8 | Relevance, Hearsay |
| 330:9 - 12 | Relevance, Hearsay |
| 330:13 - 14 | Relevance, Hearsay |
| 330:15 - 17 | Relevance, Hearsay |
| 330:18 - 20 | Relevance, Hearsay |
| 330:21 - 35 | Relevance, Hearsay |
| 473:3 - 9 | Relevance, Hearsay |
| 473:10 - 18 | Relevance, Hearsay |
| 473:19 - 24 | Relevance, Hearsay |
| 473:25 - 474:2 | Relevance, Hearsay |
| 474:3 - 7 | Relevance, Hearsay |
| 474:8 - 13 | Foundation, Relevance, Hearsay |
| 474:14 - 24 | Foundation, Reading from Document not in Evidence, Relevance, Hearsay |
| 502:1 - 12 | Counsel is Testifying, Relevance, Hearsay |
| 502:18 - 21 | Relevance, Hearsay |
| 502:22 - 24 | Relevance, Hearsay |

| Ex. 3a - 4/22/15 Evidentiary Hearing | |
|---|---|
| 472:1 - 19 | Relevance |
| 475:1 - 4 | Relevance |
| 475:6 - 15 | Relevance, Hearsay |
| 475:16 - 19 | Relevance, Hearsay |
| 475:20 - 25 | Relevance, Hearsay |
| 478:1 - 4 | Relevance, Hearsay |
| 478:5 - 7 | Relevance, Hearsay |
| 478:14 - 18 | Foundation, Relevance, Hearsay |
| 478:19 - 22 | Relevance, Hearsay |
| 487:1 - 3 | Foundation, Relevance, Hearsay |
| 487:4 - 7 | Foundation, Relevance, Hearsay |
| 487:8 - 10 | Foundation, Relevance, Hearsay |
| 487:11 - 12 | Foundation, Relevance, Hearsay |
| 487:13 - 18 | Foundation, Relevance, Hearsay |
| 487:19 - 22 | Foundation, Relevance, Hearsay |
| 487:23 - 488:7 | Relevance, Hearsay |
| 488:8 - 10 | Relevance, Hearsay |
| 488:11 - 13 | Relevance, Hearsay |
| 488:14 - 15 | Relevance, Hearsay |
| 488:16 - 17 | Relevance, Hearsay |
| 488:18 - 24 | Relevance, Hearsay |
| 497:1 - 3 | Foundation, Relevance, Hearsay |
| 497:4 - 7 | Foundation, Reading from Exhibit not in Evidence, Relevance, Hearsay |
| 497:8 - 9 | Relevance, Hearsay |
| 497:10 - 18 | Relevance, Hearsay |
| 497:23 - 498:3 | Relevance, Hearsay |

| | |
|---|---|
| 498:4 - 25 | Non-Testimonial |
| **Ex. 3b - 4/23/15 Evidentiary Hearing** | |
| 518:1 - 25 | Relevance |
| 536:1 - 13 | Relevance, Hearsay |
| 536:14 - 19 | Relevance |
| 536:20 - 25 | Relevance, Hearsay |
| 537:1 - 4 | Relevance, Hearsay |
| 537:5 - 8 | Counsel is Testifying, Relevance, Hearsay |
| 537:9 - 11 | Relevance, Hearsay |
| 537:12 - 25 | Foundation, Relevance, Hearsay, Video not in Evidence |
| 539:1 - 9 | Foundation, Relevance |
| 539:10 - 15 | Relevance, Hearsay |
| 539:16 - 21 | Relevance, Hearsay |
| 539:22 - 25 | Foundation, Relevance, Hearsay |
| 557:1 - 2 | Foundation, Relevance, Hearsay |
| 557:3 - 5 | Relevance, Hearsay |
| 557:6 - 9 | Relevance, Hearsay |
| 557:10 - 15 | Relevance, Hearsay |
| 557:16 - 25 | Relevance, Hearsay |
| 558:1 - 6 | Argumentative, Relevance, Hearsay |
| 558:7 - 11 | Relevance, Hearsay |
| 558:12 - 17 | Relevance, Hearsay |
| 558:18 - 20 | Relevance, Hearsay |
| 558:21 - 25 | Relevance, Hearsay |
| **Ex. 3f - 10/8/15 Evidentiary Hearing** | |
| 2503:1 - 16 | Foundation, Relevance, Hearsay, Video not in Evidence |
| 2503:17 - 19 | Relevance, Hearsay |

| | |
|---|---|
| 2542:6 - 16 | Relevance, Hearsay |
| 2542:17 - 21 | Relevance, Hearsay |
| 2542:22 - 24 | Relevance, Hearsay |
| 2555:14 - 16 | Relevance, Hearsay |
| 2555:17 - 19 | Relevance, Hearsay |
| 2555:20 - 23 | Relevance, Hearsay |
| 2558:1 - 6 | Relevance, Hearsay |
| 2558:7 - 9 | Relevance, Hearsay |
| 2558:10 - 11 | Relevance, Hearsay |
| 2558:12 - 13 | Relevance, Hearsay |
| 2558:14 - 17 | Relevance, Hearsay |
| 2558:18 - 23 | Relevance, Hearsay |
| **Ex. 3g - 3/25/15 Deposition** | |
| 19:1 -4 | Relevance, Hearsay |
| 19:5 - 7 | Relevance, Hearsay |
| 19:17 - 25 | Relevance, Hearsay |
| 23:13 - 18 | Mistates Prior Testimony |
| 23:19 - 25 | Argumentative |
| 27:1 - 3 | Foundation, Relevance, Hearsay |
| 27:4 - 5 | Foundation, Relevance, Hearsay |
| 27:6 - 9 | Foundation, Form, Relevance, Hearsay |
| 27:10 - 12 | Relevance, Hearsay |
| 27:13 - 19 | Relevance |
| 27:20 - 23 | Relevance |
| 33:1 - 8 | Foundation, Form, Relevance, Hearsay |
| 33:9 - 11 | Relevance, Hearsay |
| 33:12 - 15 | Relevance, Hearsay |
| 33:16 - 23 | Relevance, Hearsay |
| 38:1 - 5 | Relevance, Hearsay |
| 38:6 - 13 | Form, Foundation, Relevance, Hearsay |
| 38:14 - 17 | Relevance, Hearsay |
| 38:18 - 22 | Relevance, Hearsay |
| 38:23 - 39:1 | Relevance, Hearsay |

| | |
|---|---|
| 47:1 - 4 | Relevance, Hearsay |
| 47:5 - 9 | Relevance, Hearsay |
| 51:1 - 6 | Foundation, Form, Relevance, Hearsay |
| 51:7 - 11 | Relevance, Hearsay |
| 51:12 - 17 | Relevance, Hearsay |
| 61:1 - 4 | Foundation, Relevance, Hearsay |
| 61:5 - 6 | Foundation, Relevance, Hearsay |
| 61:7 - 11 | Foundation, Relevance, Hearsay |
| 61:17 - 20 | Relevance, Hearsay |
| 61:21 - 24 | Relevance, Hearsay |
| 61:25 - 62:2 | Relevance, Hearsay |
| 62:3 - 6 | Relevance, Hearsay |
| 62:7 - 9 | Relevance, Hearsay |
| 62:10 - 14 | Relevance, Hearsay |
| 62:15 - 18 | Relevance, Hearsay |
| 62:19 - 22 | Relevance, Hearsay |
| 81:4 - 6 | Relevance, Hearsay |
| 81:7 - 13 | Relevance, Hearsay |
| 81:14 - 20 | Relevance, Hearsay |
| 81:21 - 82:3 | Speculation, Relevance, Hearsay |
| 82:4 - 10 | Relevance, Hearsay |
| 82:11 - 16 | Relevance, Hearsay |
| 82:17 - 18 | Relevance, Hearsay |
| 100:4 - 7 | Relevance, Hearsay |
| 100:8 - 12 | Relevance, Hearsay |
| 100:13 - 14 | Relevance, Hearsay |
| 100:15 - 20 | Relevance, Hearsay |
| 100:21 - 23 | Relevance, Hearsay |
| 107:2 - 4 | Relevance, Hearsay |
| 107:5 - 13 | Relevance, Hearsay |
| 107:14 - 17 | Relevance, Hearsay |
| 191:1 - 5 | Foundation, Relevance, Hearsay |
| 191:6 - 8 | Relevance, Hearsay |

| | |
|---|---|
| 191:9 - 10 | Relevance, Hearsay |
| 191:11 - 17 | Relevance, Hearsay |
| 191:18 - 22 | Relevance, Hearsay |
| 208:21 - 25 | Foundation, Relevance, Hearsay |
| 209:4 - 7 | Relevance, Hearsay |
| 209:8 - 9 | Relevance, Hearsay |
| 209:10 - 12 | Relevance, Hearsay |
| 209:13 - 17 | Relevance, Hearsay |
| 209:18 - 23 | Relevance, Hearsay |
| 211:3 - 13 | Relevance, Hearsay |
| 211:14 - 17 | Relevance, Hearsay |
| 211:18 - 23 | Relevance, Hearsay |
| **Ex. 3i - 9/17/15 Deposition** | |
| 382:5 - 16 | Foundation, Form, Relevance, Hearsay |
| 410:4 - 6 | Foundation, Speculation, Form, Relevance, Hearsay |
| 410:10 - 20 | Relevance, Hearsay |
| **Ex. 3k - 12/16/09 Deposition** | |
| 170:1 - 3 | Relevance, Hearsay |
| 170:4 - 7 | Relevance, Hearsay |
| 170:8 - 14 | Foundation, Relevance, Hearsay |
| 170:15 - 19 | Relevance, Hearsay |
| 170:20 - 23 | Relevance, Hearsay |
| 170:24 - 25 | Relevance, Hearsay |
| 171:1 - 12 | Relevance, Hearsay |
| 171:13 - 16 | Relevance, Hearsay |
| 171:17 - 19 | Relevance, Hearsay |
| 171:20 - 22 | Relevance, Hearsay |
| 171:23 - 172:5 | Relevance, Hearsay |
| 172:6 - 7 | Relevance, Hearsay |
| 172:8 - 15 | Relevance, Hearsay |
| 172:16 - 23 | Relevance, Hearsay |
| 172:24 - 173:11 | Relevance, Hearsay |
| 173:12 - 17 | Relevance, Hearsay |

| | |
|---|---|
| 173:18 - 174:4 | Relevance, Hearsay |
| 174:5 - 9 | Relevance, Hearsay |
| 174:10 - 16 | Relevance, Hearsay |
| 174:17 - 21 | Relevance, Hearsay |
| 174:22 - 24 | Relevance, Hearsay |
| 174:25 - 175:1 | Relevance, Hearsay |
| 175:2 - 3 | Relevance, Hearsay |
| 175:4 - 12 | Foundation |
| 175:13 - 17 | Relevance, Hearsay |
| 175:18 - 20 | Relevance, Hearsay |
| 175:21 - 176:10 | Relevance |
| 176:11 - 20 | Relevance |
| 176:21 - 177:1 | Relevance, Hearsay |
| 177:2 - 9 | Relevance, Hearsay |
| 177:10 - 16 | Relevance, Hearsay |
| 177:17 - 20 | Relevance, Hearsay |
| **Ex. 3p - 2/11/11 Interview** | |
| 55:3 - 22 | Relevance |
| 56:1 - 12 | Form, Relevance, Hearsay |
| 56:13 - 22 | Form, Foundation, Relevance, Hearsay, Incomplete |
| 91:3 - 5 | Form, Relevance, Hearsay |
| 91:6 - 18 | Form, Relevance, Hearsay |
| 91:19 - 22 | Form, Relevance, Hearsay, Incomplete |
| **Ex. 3r - 2/17/11 Interview** | |
| 13:1 - 9 | Foundation, Relevance, Hearsay |
| 13:10 - 19 | Foundation, Relevance, Hearsay |
| 13:20 - 14:11 | Relevance, Hearsay |
| 14:12 - 16 | Relevance, Hearsay |
| 14:17 - 22 | Form, Interviewer is Testifying |
| 55:1 - 15 | Form, Foundation, Relevance, Hearsay |

| | |
|---|---|
| 55:16 - 21 | Relevance, Hearsay |
| 55:22 - 56:11 | Relevance, Hearsay |
| 56:12 - 19 | Relevance, Hearsay |
| 56:20 - 22 | Relevance, Hearsay, Incomplete |
| **Ex. 3h - 4/14/15 Deposition** | |
| 318:1 - 8 | Form, Foundation, Document Not in Evidence, Relevance, Hearsay |
| 318:9 - 15 | Relevance, Hearsay |
| 318:16 - 20 | Relevance, Hearsay |
| 318:21 - 24 | Relevance, Hearsay |
| 319:2 - 8 | Relevance, Hearsay |
| 319:10 - 15 | Relevance, Hearsay |
| 319:17 - 19 | Relevance, Hearsay |
| 319:20 - 23 | Relevance, Hearsay |
| 319:24 - 320:1 | Relevance, Hearsay |
| 320:10 - 14 | Relevance, Hearsay |

## DEFENDANT'S COUNTER DESIGNATIONS

The following counter-designations are expressly subject to, do not constitute a waiver of, and implicitly incorporate, all of the above general and specific objections. The portions of the transcripts designated below are provided to the Court in the attached **Exhibit 1**.

| |
|---|
| **Ex. 3 7/24/12 Bench Trial** |
| 331:1 - 3 |
| 475:2 - 5 |
| 502:14 - 18 |
| **Ex. 3a 4/22/15 Evidentiary Hearing** |
| 473:4 - 14 |
| 477:5 - 14 |
| 478:23 - 479:2 |

| |
|---|
| 483:22 - 484:3 |
| **Ex. 3b 4/23/15 Evidentiary Hearing** |
| 542:9 - 17 |
| 543:18 - 544:7 |
| 554:3 - 17 |
| 593:22 - 594:6 |
| 596:16 - 19 |
| 599:2 - 4 |
| 601:19 - 21 |
| 604:10 - 605:11 |
| **Ex. 3d 10/1/15 Evidentiary Hearing** |
| 2021:22 - 2022:4 |
| **Ex. 3f 10/8/15 Evidentiary Hearing** |
| 2501:3 - 18 |
| 2527:5 - 2528:6 |
| **Ex. 3g 3/25/15 Deposition** |
| 19:17 - 20:25 |
| 22:13 - 25 |
| 24:24 - 25:10 |
| 36:21 - 37:24 |
| **Ex. 3h 4/14/15 Deposition** |
| 320:24 - 321:23 |
| **Ex. 3i 9/17/15 Deposition** |
| 382:24 - 383:23 |
| 384:25 - 385:20 |
| 387:12 - 387:18 |
| 389:16 - 390:17 |
| 396:15 - 397:14 |

## CONCLUSION

For the foregoing reasons, this Court should rule that the United States' excerpts of Defendant's prior statements are inadmissible. Without waiving any objections, to the extent the court admits any of the excerpts of the United States Defendant's counter-designations must be admitted for completeness.

**RESPECTFULLY SUBMITTED** July 5, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| */s/ Dennis I. Wilenchik* | */s/ Vincent Rene Mayr* |
| Dennis I. Wilenchik, Esq. | Mark D. Goldman, Esq. |
| John D. Wilenchik, Esq. | Vincent Rene Mayr, Esq. |
| The Wilenchik & Bartness Building | Jeff S. Surdakowski, Esq. |
| 2810 North Third Street | 17851 North 85th Street, Suite 175 |
| Phoenix, Arizona 85004 | Scottsdale, AZ 85255 |
| admin@wb-law.com | E-mail: docket@gzlawoffice.com |

*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July 2017, I electronically transmitted the foregoing Motion to the Clerk of Court through the CM/ECF System which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Christine M. Ferreira*