**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com



Mark Goldman (012156)
Vincent Rene Mayr (013954)
Jeff S. Surdakowski (030988)
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | Case No.: 2:16-cr-01012-SRB-1 |
|---|---|
| Plaintiff, | **MOTION FOR RECONSIDERATION OF COURT'S ORDER DATED JULY 5, 2017 [Doc. 193]** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

Comes now Defendant Joseph M. Arpaio ("Defendant"), by and through counsel undersigned, who hereby files this Motion for Reconsideration of this Court's Order Dated July

5, 2017 [Doc. 193]. In its Order this Court ruled that Exhibits 37a – t were to be admitted entirely because Defendant had not filed written objections. Defendant submits that good cause appears for this Court to consider Defendant's already filed Notice of Objections to Exhibits 37a – t [Doc. 194] and that no prejudice would befall the United States by this Court doing so. As such, this Court should reconsider its order and rule upon Defendant's objections to Exhibits 37a – t. [Doc. 194].

While Defendant is aware that pursuant to this Court's minute entry dated June 30, 2017 the objections were due "prior to July 5, 2017" [Doc. 190], the discussion between this Court and counsel on the record unfortunately lead to the mistaken belief that Defendant had until Wednesday July 5, 2017 to make its objections. [*See* Hearing Transcript Day 4 P.M. Session at 939:20 - 940:5 (discussing objections to Exhibit 37a – t]. Ultimately, Defendant's objections were prepared and ready to be filed in the late afternoon of Monday July 3, 2017. However, due to a mix-up related to the July 4, 2017 holiday, they were not filed until 1:41 P.M. on July 5, 2017.[1] Because this is a Bench Trial there is absolutely no prejudice to the United States for this Court to consider Defendant's objections and rule on them on the merits.

Considering the complete lack of prejudice to the United States and the strong interest of findings on the merits and the preservation of a fair trial there is good cause for this Court to consider the Defendant's objections and reconsider its ruling admitting Exhibits 37a – t [Doc. 193]. As such, Defendant respectfully moves this Court to consider his objections [Doc. 194] and deny the admission of Exhibits 37a - t.

. . .

. . .

. . .

. . .

---

[1] Of note, the objections were filed less than fourteen hours late.

**RESPECTFULLY SUBMITTED** July 5, 2017.

| | |
|---|---|
| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
| */s/ Dennis I. Wilenchik* | */s/ Vincent Rene Mayr* |
| Dennis I. Wilenchik, Esq. | Mark D. Goldman, Esq. |
| John D. Wilenchik, Esq. | Vincent Rene Mayr, Esq. |
| The Wilenchik & Bartness Building | Jeff S. Surdakowski, Esq. |
| 2810 North Third Street | 17851 North 85th Street, Suite 175 |
| Phoenix, Arizona 85004 | Scottsdale, AZ 85255 |
| admin@wb-law.com | E-mail: docket@gzlawoffice.com |

*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July 2017, I electronically transmitted the foregoing Motion to the Clerk of Court through the CM/ECF System which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Christine M. Ferreira*