UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL WITNESS LIST

☐ Motion to Suppress   ✓ Non-Jury Trial   ☐ Jury Trial

FILED ___ LODGED ___ RECEIVED ___ COPY
JUL - 6 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case Number CR 2:16-01012-SRB-1   Judge Code 7026   Date 06-26-2017

vs.

☐ Plaintiff/Petitioner   ✓ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Russell Skinner | | |
| Gerard Sheridan | | |
| Brian Sands | | |
| Joseph Sousa | 6-29-17 | 6-29-17 |
| John MacIntyre | | |
| Lisa Allen | | |
| Brian Jakowinicz | 6-28-17 | 6-29-17 |
| Brett Palmer | | |
| Attorney General Jeffrey Beauregard Sessions | | |
| Cary Crocker | | |
| Chris Olim | 6-28-17 | 6-28-17 |
| Salvador Hernandez | 6-29-17 | 6-29-17 |