FILED ___ LODGED
RECEIVED ___ COPY

JUL - 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1        Judge Code 7026    Date 6-26-2017
            Year Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last      First    Middle

☐ Government                               ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 100 | | 6-28-17 | 2013-05-24 Permanent Injunction ECF 579 |
| 101 | | | 2013-05-28 The Briefing Board No. 13-40 |
| 102 | | | ARPAIO001164-1354 PALMER PERSONNEL FILE REDACTED |
| 103 | | | 2013-0107 Brett Palmer S1409 |
| 104 | | | PROMOTION DENIAL Brett Palmer |
| 105 | | | 2012-10-08 Incident Report IR 12-182625 |
| 106 | | | 2017-02-21 Signed Letter re Victim Imm_David Soto Gonzalez |
| 107 | | | 2017-03-10 Signed Letter re Victim Imm Aguilar Cinto |
| 108 | | | 2015-12-07 Ninth Circuit Order Deporting Artemio |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CRIMINAL EXHIBIT LIST

☐ Motion to Suppress   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1   Judge Code 7026   Date 6-26-2017
　　　　　　　　Year Case No. Deft No.

USA v. Arpaio, Joseph M.
　　　　Last　　　First　　　Middle

☐ Government   ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 109 | | | 2013-06-12 MCSO Policy CP-8, DOJ-009500-9503 |
| 110 | | | 2015-11-10 Evidentiary Hearing Day 18 |
| 111 | | | Skinner, Russ (2015.10.22) DOJ-006974 - 7117 |
| 112 | | | 2013-10-02 0606 - Amended Sup Perm Inj Order |
| 113 | | | 2017-01-30 EO13767 of Jan 25 2017 ARPAIO001616-1620 |
| 114 | | | US Homeland Security guidance-state-local-assistance-immigration-enforcement |
| 115 | | | 2010-04-26 Kobach Memo ARPAIO001636-1639 |
| 116 | | | 2017-02-17 MCSO letter by Penzone ARPAIO001640-41 |
| 117 | | | 2014 04 07 Whelan, Dimitri (Sgt) Depo |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1   Judge Code 7026   Date 6-26-2017
            Year Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last      First     Middle

☐ Government                    ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 118 | | | 2014-12-12 Whelan Interview |
| 119 | | | 2017-01-19 Whelan FD-302 194C-PX-2086231_0000049 |
| 120 | | | 2017-02-17 Gilton Aguilar-Cinto FD-302 194C-PX-2086231_0000069 |
| 121 | | | 2017-03-15!Gilton!Aguilar!Cinto!FD-302!w!notes! 194C-PX-2086231_00000 |
| 122 | | | 2014-12-14 Jakowinicz monitor interview |
| 123 | | | 2017-01-09 Jakowinicz FD-302 194C-PX-2086231_0000043 |
| 124 | | | 2017-03-10 Jakowinicz FD-302 Second Interview |
| 125 | | | 2014-12-13 Sousa Monitor Interview DOJ1015955 |
| 126 | | | 2016-12-09 Sands FD-302 w notes 194C-PX-2086231_0000036 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1   Judge Code 7026   Date 6-26-2017
            Year Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last      First    Middle

☐ Government                    ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 127 | | | 2013-11-04 Email chain From Bailey to Farnsworth re HSU portion of op manual DOJ-010852-855 |
| 128 | | | 2014-04-04 Email Casey to Chagolla et al. re Atty Client Comm |
| 129 | | | 2014-12-16 Trowbridge monitor interview |
| 130 | | | 2017-01-09 Trowbridge FD-302 194C-PX-2086231_0000042 DOJ-113692-702 |
| 131 | | | 2014-12-17 Palmer monitor interview |
| 132 | | | 2016-12-09 Palmer FD-302 194C-PX-2086231_0000034 |
| 133 | | | 2014-12-16 Plata monitor interview |
| 134 | | | 2017-01-30 Perla Plata FD-302 194C-PX-2086231 |
| 135 | | | 2017-03-01 Soto Gonzales FD-302 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1           Judge Code 7026    Date 6-26-2017
             Year Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last        First      Middle

☐ Government                               ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 136 | | | 2017-02-02 Murray FD-302 |
| 137 | | | 2017-03-15 Randy Brice FD-302 w notes 194C-PX-2086231 |
| 138 | | | 2017-06-06 Kane FD-302 interview w notes DOJ-122879-122885 |
| 139 | | | 2017-06-06-17 Clem FD-302 interview DOJ-122886-889 |
| 140 | | | 2007-12-19 MCAO Letter to Casey DOJ-122399-402 |
| 141 | | | 2012-01-24 EM Chain from Casey re Scenarios For Review DOJ009857-DOJ009864 |
| 142 | | | 2012-03-27 Email from Sousa to Trowb re Saving of Emails for Lawsuits DOJ0099550-52 |
| 143 | | | 2012-10-18 E-mail from Casey to Henry re injunction compliance DOJ-12216-12219 |
| 144 | | | 2014-03-28 Email from Farnesworth to Casey et al re Melendres Order DOJ012247-12288 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1        Judge Code 7026    Date 6-26-2017
             Year Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last        First       Middle

☐ Government                                ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 145 | | 6-27-17 | 2014-11-06 Email Casey to S Fax re 12-23-11 Order DOJ-113504-113507 |
| 146 | | | 2012-10-15 EMail Casey to Thomas re Inj Comp DOJ113511-514 |
| 147 | | | 2014-12-10 Email Thomas to Iafrate re Order DOJ-113516-520 |
| 148 | | | 2015-01-13 Email Casey to Thomas re Melendres DOJ-113522 |
| 149 | | | 2012-01-11 Email Sousa to Palmer CC Casey et al re Putting Out Training DOJ-012189 |
| 150 | | | 2012-01-24 Email Henry to Casey CC Henry FW Scenarios for review DOJ-012194-98 |
| 151 | | | Structural Chart of the MCSO divisions (2007) DOJ-009732-9737 |
| 152 | | | 2014-01-12 Azcentral opinion article by Jerry Sheridan re profiling suit DOJ-009739-40 |
| 153 | | | 2014 02-19 Email Rodriguez to Trombi re Video Collection DOJ-009742-9751 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1    Judge Code 7026   Date 6-26-2017
              Year Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last      First      Middle

☐ Government                              ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 154 | | | 2014-05-19 MCSO Memoranda re Video Recordings DOJ-009753-9798 |
| 155 | | | 2014-05-14 Letter from Sheridan to Warshaw re Order re video rec DOJ-00800-9801 |
| 156 | | | 2015-04-16 MCSO IA Administrative Investigation by Vogel re Sheridan DOJ-011300-011550 |
| 157 | | | 2015-04-17 MCSO IA Administrative Investigate by Vogel re Sheridan DOJ-011300-011550 |
| 158 | | | 2015-04-06 MCSO IA Inventory Report A 14-0543 Attach DOJ-011552-011719 |
| 159 | | | 2014-05-17 Email Farnsworth to Commanders re Video Audio Recording Responses DOJ009280-9289 |
| 160 | | | 2014-05-14 Email from Chief Trombi re Past Video Recordings DOJ-009360 |
| 161 | | | 2009-12-01 E-mail to Sands and Munnell from Sheridan re FH Letter DOJ-009418-19 |
| 162 | | | 2012-03-28 E-mail chain Sousa to Plata re FW Updated stats DOJ-009724-9727 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1   Judge Code 7026   Date 6-26-2017
            Year Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last    First    Middle

☐ Government                        ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 163 | | | 2013-02-13 MCSO Memo Trowbridge to Jakowinicz re Armendariz DOJ-009729-9730 |
| 164 | | | 2014-09-15 Interview with Trowbridge by S Fax DOJ-017561-17575 |
| 165 | | | 2014-11-04 MCSO PSB Admin Invest re Trowbridge IA 2014-0547 DOJ-010473-010556 |
| 166 | | | 2014-09-14 Interview Summary Trowbridge IA 14-0543 re Korean pass. DOJ-017576-01577 |
| 167 | | | 2017-03 I-247A Immigration Detainer Ntc of Action ARPAIO001642 |
| 168 | | | 2017-03-24 Memo re ICE Detainers ARPAIO001645 |
| 169 | | | 2017-06-17 Detainer Policy _ ICE ARPAIO001651 |
| 170 | | | 2013-11-26 Email Allen to Farnsworth cc Sheridan re Dec 21 Presentation |
| 171 | | | 1997-10-10 MCSO Policy on Media Relations, DOJ-118047-118055 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1   Judge Code 7026   Date 6-26-2017
            Year Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last      First    Middle

☐ Government                          ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 172 | | | 2010-02-20 MCSO Press Release Nine Illegal Aliens Arrested, DOJ-118046 |
| 173 | | | 2010-03-30 MCSO Press Release 100 illegals for murder charges, DOJ-118045 |
| 174 | | | 2008-03-27 MCSO News Brief, DOJ-118044 Identity Theft |
| 175 | | | 2008-03-15 MCSO News Brief Illegals Arrests in Workplace DOJ-118043 |
| 176 | | | 2012-03-27 Redacted Email chain Sousa to Palmer re Once Tim signs off DOJ-009803-9813 |
| 177 | | | 2013-02-21 MCSO Memo to Trombi from Jakowinicz re Deputy Armendariz DOJ-009720 |
| 178 | | | 2013-03-05 MCSO Memo to Jakowinicz from Trombi re meeting with Armendariz, DOJ-009722 |
| 179 | | | Trombi Deposition Transcript DOJ-008212-8473 |
| 180 | | | 2015-04-16 Trombi Deposition Transcript DOJ-008474-8490 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 2016-01012-SRB-1    Judge Code 7026    Date 6-26-2017
            Year  Case No. Deft No.

USA v. Arpaio, Joseph M.
       Last    First    Middle

☐ Government    ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 181 | | | 2015-03-30 Trowbridge, Michael Deposition Transcript |
| 182 | | | 2015 04-14 Trowbridge, Michael Deposition Volume II |
| 183 | | | 2014-04-03 Status Conference Transcript |
| 184 | | | 2017-06-22 Whelan FD-302 Interview with notes, DOJ-122903-DOJ-122904 |
| 185 | | | 2017-06-22 Sousa FD-302 Interview with notes, DOJ-122905-DOJ-122906 |
| 186 | | | 2017-06-22 Jakowinicz FD-302 Interview with notes and attachment, DOJ-122907-DOJ-122913 |
| 187 | | | 2017-06-22 Murray FD-302 Interview with notes, DOJ-122914-DOJ-122915 |
| 188 | | | 2017-06-22 Trowbridge FD-302 Interview with notes, DOJ-122916-DOJ-122917 |
| 189 | | | 2017-06-22 Palmer FD-302 Interview with notes, DOJ-122918-DOJ-122921 |