# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>　　　　Defendant. | No. CR-16-01012-001-PHX-SRB<br><br>**ORDER** |

At issue are Defendant's Motion for Leave to File Motion to Strike "United States' Trial Memorandum" (Doc. 165) and Defendant's Motion to Strike "United States' Trial Memorandum" and for Curative Measures ("Mot.") (Doc. 165-1). The Motions are denied as moot. Because the evidence has now closed, arguments have concluded, and post-trial memoranda have been filed, the Court has no need to read the trial memorandum and will not consider it in making its decision.

**IT IS ORDERED** denying as moot Defendant's Motion for Leave to File Motion to Strike "United States' Trial Memorandum" (Doc. 165).

**IT IS FURTHER ORDERED** denying as moot Defendant's Motion to Strike "United States' Trial Memorandum" (Doc. 165-1).

Dated this 25th day of July, 2017.

_____
Susan R. Bolton
United States District Judge