1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9   United States of America,

10              Plaintiff,

11   v.

12   Joseph M. Arpaio,

13              Defendant.

14

No. CR-16-01012-001-PHX-SRB

**ORDER**

15          At the bench trial held in this matter the Court took Government's offer of Exhibit

16   38 and Defendant's offer of Exhibit 183 under advisement.

17          IT IS ORDERED admitting Exhibit 183.

18          IT IS FURTHER ORDERED sustaining Defense counsel's objection to the

19   admission of Exhibit 38.

20          IT IS FURTHER ORDERED denying Defendant's oral Rule 29 Motion for

21   Judgment of Acquittal [Doc. 186].

22                                          Dated this 1st day of August, 2017.

23
24
25
26   _____
                    Susan R. Bolton
27             United States District Judge

28