**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** | **Case No.: 2:16-cr-01012-SRB-1** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **Joseph M. Arpaio,** | |
| **Defendant.** | |

On August 25th, 2017, the President of the United States signed an Executive Grant of Clemency[1] granting Defendant Joseph M. Arpaio ("Defendant") "a full and unconditional pardon for his conviction of Section 401(3), Title 18, United States Code (Docket No. 2:16-CR-01012-SRB) in the United States District Court for the District of Arizona, of which he was convicted on July 31, 2017, and for which sentencing is currently set for October 5, 2017."[2]

---

[1] A copy of the Executive Grant of Clemency, bearing the seal of the Department of Justice and the signature of the President of the United States, has been submitted by Defendant to the Court.

[2] The Executive Grant of Clemency also grants a full and unconditional pardon "for any other offenses under Chapter 21 of Title 18, United States Code that might arise, or be charged, in connection with

Following this grant of a full and unconditional pardon, Defendant filed a "Motion for Vacatur and Dismissal with Prejudice" requesting that this matter be dismissed with prejudice, and that the Court's orders and verdict be vacated, including the Defendant's Sentencing currently set for October 5th, 2017. The Court, having reviewed the Executive Grant of Clemency and Defendant's Motion, now enters the following orders:

**IT IS ORDERED** vacating the Court's "Findings of Fact and Conclusions of Law" (Dkt. 210). The Court hereby vacates its finding that Defendant is guilty of criminal contempt, and the Defendant's conviction for the same.

**IT IS FURTHER ORDERED** vacating the Sentencing hearing currently set for October 5, 2017 at 10:00 a.m.

**IT IS FURTHER ORDERED** that all verdicts, orders and rulings in this matter are vacated, and that this matter is dismissed with prejudice.

Dated this ___ day of _____, 2017.

_____
Susan R. Bolton
United States District Judge

---

*Melendres v. Arpaio* (Docket No. 2:07-CV-02513-GMS) in the United States District Court for the District of Arizona."