1

2

3

4

5

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

7

United States of America,
                    Plaintiff,

No. CR-16-01012-001-PHX-SRB

8

**ORDER**

v.

9

10

Joseph M. Arpaio,
                    Defendant.

11

12

Having reviewed the Roderick and Solange MacArthur Justice Center's motion for leave to file a brief as *amicus curiae*, and good cause appearing:

13

IT IS HEREBY ORDERED  that the motion for leave to file a brief as *amicus curiae* is granted.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28