| | |
|---|---|
| Cecillia D. Wang* | Kathleen E. Brody |
| Katrina L. Eiland* | Brenda Muñoz Furnish |
| ACLU Foundation | ACLU Foundation of Arizona |
| 39 Drumm Street | 3707 N. 7th Street, Suite 235 |
| San Francisco, CA 94111 | Phoenix, AZ 85014 |
| Telephone: (415) 343-0775 | Telephone: (602) 650-1854 |
| cwang@aclu.org | |
| | |
| Stanley Young* | Julia Gomez* |
| Covington & Burling LLP | Mexican American Legal Defense and |
| 333 Twin Dolphin Drive, Suite 700 |   Educational Fund |
| Redwood Shores, CA 94065 | 634 South Spring Street, 11th Floor |
| Telephone: (650) 632-4700 | Los Angeles, CA 90014 |
| syoung@cov.com | Telephone: (213) 629-2512 |
| | jgomez@maldef.org |

*Attorneys for Amici Curiae*
*\* Application for admission pro hac vice forthcoming*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| United States of America, | ) | CR-16-01012-001-PHX-SRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **BRIEF OF *AMICI CURIAE* THE** |
| v. | ) | ***ORTEGA MELENDRES* PLAINTIFFS** |
| | ) | |
| Joseph M. Arpaio, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Plaintiffs in the civil lawsuit brought against Defendant Joseph Arpaio, *Manuel de Jesus Ortega Melendres, et al., v. Joseph Arpaio, et al.*,[1] Case No. 2:07-cv-02513-GMS (D. Ariz.) (the "*Ortega Melendres* Plaintiffs"), move this Court for permission to participate in this matter for the limited purpose of filing the concurrently-lodged brief as *amici curiae* in opposition to Defendant's Motion for Vacatur and Dismissal with Prejudice (Doc. 220).

**STATEMENT OF INTEREST**

The *Ortega Melendres* Plaintiffs represent the members of the Plaintiff class in *Ortega Melendres*, Case No. 2:07-cv-02513-GMS. Members of the Plaintiff class have been injured by Defendant's contumacious acts in violation of their constitutional rights and the district court's preliminary injunction order in *Ortega Melendres*, Case No. 2:07-cv-02513-GMS, Doc. 494. As the *Ortega Melendres* court noted in its September 19, 2016 order referring Defendant for criminal contempt based on those violations, Defendant's "defiance [of the court's order] has been at the expense of the Plaintiff class." Case No. 2:07-cv-02513-GMS, Doc. 1792. As the direct victims of Defendant's unlawful conduct, the *Ortega Melendres* Plaintiffs have distinct concerns that have not been addressed by the parties to the instant case or by other *amici*.

**ARGUMENT**

The *Ortega Melendres* Plaintiffs are uniquely situated to assist the Court in evaluating Defendant's request to vacate his contempt conviction, findings, and related orders, which requires the Court to consider whether the public interest would be served by vacatur. *See U.S. Bancorp Mortg. Co.* v. *Bonner Mall P'ship*, 513 U.S. 18, 26 (1994). As the *Ortega Melendres* Plaintiffs' brief makes clear, granting Defendant's vacatur request would be unjust to the members of the *Ortega Melendres* Plaintiff class

---

[1] Sheriff Paul Penzone has now been substituted as the defendant in the civil case pursuant to Federal Rule of Civil Procedure 25(d).

1

and would fundamentally impair the public interest by gravely harming the rule of law. Defendant's voluntary decision to seek and accept a pardon should not be permitted to erase the Court's work in hearing and evaluating the evidence or impair the public benefit resulting from its decision.

For these reasons, the *Ortega Melendres* Plaintiffs respectfully request that the Court grant this Motion and accept their *amicus* brief.

RESPECTFULLY SUBMITTED this 13th day of September.

By: /s/ Kathleen E. Brody

Kathleen E. Brody
Brenda Muñoz Furnish
ACLU Foundation of Arizona

Cecillia D. Wang*
Katrina L. Eiland*
ACLU Foundation

Stanley Young*
Covington & Burling LLP

Julia Gomez*
Mexican American Legal Defense and Educational Fund

*Attorneys for Amici Curiae Manuel de Jesus Ortega Melendres, Velia Meraz, Manuel Nieto, Jr., David Rodriguez, Jessica Quitugua Rodriguez, and Somos America*

* *Application for admission pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated this 13th day of September, 2017.

/s/ Kathleen E. Brody