# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-16-01012-001-PHX-SRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE *ORTEGA MELENDRES* PLAINTIFFS** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

Having reviewed *Ortega Melendres* Plaintiffs' motion for leave to file amici curiae brief, and good cause appearing,

It is hereby ordered that the motion to file amici curiae brief is GRANTED.