**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810     Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com



Mark Goldman, #012156
Vincent R. Mayr, #013954
Jeff S. Surdakowski, #030988
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>　　　　　　　Defendant. | Case No.: 2:16-cr-01012-SRB-1<br><br>**DEFENDANT'S RESPONSE TO "CERTAIN MEMBERS OF THE CONGRESS OF THE UNITED STATES' MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURAIE*"** |

Defendant hereby responds to "Certain Members of the Congress of the United States' Motion for Leave to Participate as Amici Curaie" (Doc. 238, hereinafter referred to as the "Motion").

The Motion is untimely and serves only one valuable purpose, which is to demonstrate that this case is fast turning into the judicial equivalent of an online "comments" section. Amicus' request to ignore a Presidential pardon is frivolous (and those "Certain Members" of Congress should reserve their efforts for making real change in their communities, not grandstanding in a high-profile criminal case for publicity). Defendant respectfully requests a ruling from the Court, so that the "comments" section does not continue to grow.

**RESPECTFULLY SUBMITTED** September 28, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| /s/ Dennis and Jack Wilenchik | /s/ Mark D. Goldman |
| Dennis I. Wilenchik, Esq. | Mark D. Goldman, Esq. |
| John D. Wilenchik, Esq. | Vincent R. Mayr, Esq. |
| The Wilenchik & Bartness Building | Jeff S. Surdakowski, Esq. |
| 2810 North Third Street | 17851 North 85th Street, Suite 175 |
| Phoenix, Arizona 85004 | Scottsdale, AZ 85255 |
| admin@wb-law.com | docket@gzlawoffice.com |

*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2017, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

/s/Christine M. Ferreira