# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL MINUTES

Phoenix Division

 CR 16 /  01012  /  1  PHX SRB       DATE: 10-4-17
Year    Case No.    Dft #

U.S. DISTRICT JUDGE: SUSAN R. BOLTON

USA v.   Arpaio, Joseph M.
          Last Name    First Name    Middle Initial
DEFENDANT: X Not Present

Deputy Clerk: Maureen Williams    Court Reporter Liz Lemke

U.S Attorney:  John Keller, Victor Salgado, Simon Caltaldo and James Pearce

Defense counsel: John Wilenchik, Mark Goldman, Jeffrey Surdakowski and Vincent Mayr
     _ AFPD   _ Appointed  X  Retained

Interpreter:_    Language:_
================================================================================
**PROCEEDINGS**:   X Open Court    _ SEALED

This is the time set for Hearing re: Defendant's Motion for Vacatur and Dismissal With Prejudice [Doc. 220].

IT IS ORDERED granting the Motions to File Briefs as Amici Curiae [Docs. 227, 228, 229, 233 and 238].

IT IS ORDERED granting the Motion for Leave to File Supplemental Brief of *Amici Curiae* in Support of Appointment of a Private Attorney to Prosecute Defendant's Criminal Contempt [Doc. 231] but denying the request to appoint a private attorney.

The Court addresses the arguments raised in the amici briefs.

For the reasons stated on the record, the Court finds that the pardon is valid.

Argument held on Defendant's motion.

IT IS ORDERED that this action for criminal contempt is dismissed with prejudice.

IT IS FURTHER ORDERED taking under advisement whether the Court will enter any further orders.

Defense counsel Goldman asks the Court to explain why it granted the Motions for Leave to File Amici Curiae Briefs and whether the Court will consider sanctions against the individuals who filed the amicus briefs and states that Defendant should be entitled to attorneys' fees incurred in responding to the briefs. The Court stated that such a request would be considered if a motion were filed.