X FILED ___ LODGED
___ RECEIVED ___ COPY

OCT - 4 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　Defendant. | No. CR-16-01012-1-PHX-SRB<br><br>**MINUTE ORDER**<br>**RE: EXHIBITS** |

IT IS HEREBY ORDERED that the exhibits marked and admitted in the above-entitled case at the time of the trial/hearing are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals.

DATED: __10-4-17__

　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　District Court Executive/Clerk of Court
　　　　　　　By: *Maureen Williams*

　　　　　　　　　　　　_____
　　　　　　　　　　　　Maureen Williams
　　　　　　　　　　　　Courtroom Deputy

Exhibits returned to respective counsel/representative.

__John Keller    10-4-17__ counsel's printed name/date

__JOHN WILENCHIK  10-4-17__ counsel's printed name/date.