```
       X  FILED        ___ LODGED
      ___ RECEIVED     ___ COPY

          OCT - 4 2017

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY_____ mw _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | No. CR-16-01012-1-PHX-SRB |
|---|---|---|
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | **RE: EXHIBITS** |
| vs. | ) | |
| Joseph M. Arpaio, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the exhibits marked and admitted in the above-entitled case at the time of the trial/hearing are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals.

DATED: _____10-4-17_____

Brian D. Karth
District Court Executive/Clerk of Court

By: *Maureen Williams*

_____
Maureen Williams
Courtroom Deputy

Exhibits returned to respective counsel/representative.

__John Keller   10-4-17_____ counsel's printed name/date

__JOHN WILENCHIK   10-4-17_____ counsel's printed name/date.