IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>       Defendant. | No. CR-16-01012-001-PHX-SRB<br><br>**ORDER** |

      Following the Court's dismissal of this matter with prejudice, *Amici Curiae* The Democracy Project Inc., Roderick and Solange MacArthur Justice Center, Free Speech for People, and Coalition to Preserve, Protect and Defend (collectively "*Amici*") filed a Motion for Leave to File a Brief of *Amici Curiae* in Support of Appointment of Rule 42 Attorney to Prosecute Appeal (Doc. 249).[1] The Court grants *Amici*'s motion for leave but denies their request to appoint a Rule 42 attorney.

      Rule 42 mandates the appointment of a special prosecutor if the Government declines a court's request to prosecute criminal contempt. Fed. R. Crim. P. 42(a)(2). That did not happen here. *Amici* argue that a special prosecutor is necessary because the Government "abandoned" its prosecution of Defendant before the matter was finally resolved on appeal. They do not, however, cite any authority suggesting that the Government's decision not to appeal the Court's dismissal following a successful

---

[1] *Amici* separately lodged a Proposed Brief of *Amici Curiae* in Support of Appointment of Rule 42 Attorney to Prosecute Appeal (Doc. 250).

1   prosecution of Defendant amounts to a refusal to prosecute under Rule 42.[2] The Court's
2   own research yielded nothing more. Indeed, to adopt *Amici*'s view would run counter to
3   the Court's order affirming the pardon's validity and dismissing the case with prejudice.
4   The Court accordingly declines to appoint a special prosecutor.

   **IT IS ORDERED** granting *Amici*'s Motion for Leave to File a Brief of *Amici Curiae* in Support of Appointment of Rule 42 Attorney to Prosecute Appeal (Doc. 249).

   **IT IS FURTHER ORDERED** denying *Amici*'s Brief of *Amici Curiae* in Support of Appointment of Rule 42 Attorney to Prosecute Appeal (Doc. 250).

   Dated this 1st day of November, 2017.

   _____
   Susan R. Bolton
   United States District Judge

---

[2] *Amici* similarly omit to name an attorney willing to accept such an appointment. Nor do they provide a mechanism by which that attorney would be compensated if appointed.